

# COMMERCIAL GENERAL LIABILITY POLICY

## DECLARATIONS

POLICY NUMBER:  GLO 057306

| DATE ISSUED: 02/07/05 | REPLACEMENT OF:  New |
|---|---|

| ITEM 1. | NAMED INSURED & ADDRESS: | Altman Contractors, Inc.<br>Altman Development Corporation<br>1515 S. Federal Hwy, Suite 300  *amended*<br>Boca Raton, FL 33432 | |
|---|---|---|---|
| | Named Insured's Business:  Real Estate Developers | | Form of Business:  Corporation |

| 2. | POLICY PERIOD:  POLICY COVERS FROM: 02/01/05    TO: 02/01/06 |
|---|---|
| | 12:01 a.m. Standard Time at the Named Insured's address stated above |

| 3. | COVERAGE IS PROVIDED BY: | REPRESENTATIVE:<br>Number: 83855 |
|---|---|---|
| | Crum & Forster Specialty Insurance Company<br>( A Stock Company)<br>305 Madison Avenue<br>Morristown, NJ 07962 | Broker: All Risk Limited<br>Telephone Number: (866)-350-6885<br>Office Address:    1001 N. US Highway<br>Suite 304<br>Town, State & Zip: Jupiter, FL 33477 |

| 4. | LIMITS OF INSURANCE:    (The Limits of Insurance are the amounts shown below.) |
|---|---|
| | (a)  Each Occurrence Limit:   $1,000,000<br>(b)  General Aggregate Limit: $2,000,000<br>(c)  Personal & Advertising Injury Limit: $1,000,000    Any One Person or Organization<br>(d)  Products-Completed Operations Aggregate Limit: $2,000,000<br>(e)  Damage to Premises Rented To You Limit: $50,000    Any One Premise<br>(f)  Medical Expense Limit:  Excluded |

| 5. | DEDUCTIBLE:    See Deductible Endorsement |
|---|---|
| | See FM 101.0.1539    Applies ☒  Per Claim<br>Applies ☒  Per Occurrence |

| 6. | POLICY JACKET, SCHEDULES, FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT INCEPTION (Number and Edition Date) AS PER MASTER FORMS LIST ATTACHED. |
|---|---|
| | Location of All Premises You Own, Rent or Occupy:  See Schedule of Locations on file with Company. |

| 7. | PREMIUM: $239,750                     MINIMUM EARNED PREMIUM: $239,750 |
|---|---|
| | PREMIUM SUBJECT TO ADJUSTMENT: Yes ☒    No ☐ |

Countersigned by _____

THESE DECLARATIONS, TOGETHER WITH POLICY JACKET, MASTER FORMS LIST, SCHEDULES AND ENDORSEMENTS, IF ANY, ARE ISSUED AS PART OF, AND IN THE COMPLETION OF THE ABOVE NUMBER POLICY.

CGLDecDedOcc 03 01 02    This insurance is issued pursuant to the Florida Surplus Lines law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

C&FS000008

EXHIBIT

A

## Crum & Forster Specialty Insurance Company
### An Arizona Corporation
### Home Office: Phoenix, Arizona

(A Stock Company)

SIGNATURE

Douglas M. Libby
President

SIGNATURE

Valerie J. Gasparik
Secretary

FM 206.0.30  10/01

C&FS000009

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MASTER FORMS LIST**

The following forms and endorsements are attached to this policy effective at inception:

| FORM TITLE | FORM NUMBER |
|---|---|
| Declarations Page | CGLDecOccDed 03 01 02 |
| Signature Page – Crum & Forster Specialty | FM 206.0.30  (10 01) |
| Master Forms List | GEN 0001 |
| Absolute Asbestos Exclusion | FM 101.0.1252 (0500) |
| Absolute Silica/Silicosis | FM 101.0.2115 (0703) |
| Additional Insured – Owners, Lessees or Contractors | CG 20 10 (0704) |
| Additional Insured – Owners, Lessees or Contractors | CG 20 37 (0704) |
| Commercial General Liability Coverage Form | CG 00 01 (1001) |
| Common Policy Conditions | IL 0017 (1198) |
| Computer Related and Other Electronic Problems Exclusion | FM 101.0.2112 (0503) |
| Deductible Liability Endorsement | FM 101.0.1539 (0202) |
| Definition of Gross Sales | CFSGEN1 |
| Designated Construction Project(s) General Agg. Limit with Cap | CFSGL 118 |
| Disclosure Pursuant to Terrorism Risk | FM 2.0.838 (0203) |
| Earned Premium & Composite Rate Endorsement | CFS GEN12 (1204) |
| EIFS/DEFS Exclusion | FM 101.0.1848 (1001) |
| Employment Related Practices Exclusion | CG 21 47 (0798) |
| Employee Benefits Liability Coverage | CG 04 35 (0202) |
| Exclusion – Contractors – Professional Liability | CG 22 79 (0798) |
| Exclusion – Coverage C Medical Payments | CG 21 35 (1001) |
| Exclusion – Designated Operations Covered by | CG 21 54 (0196) |
| A Consolidated (Wrap-Up) Insurance Program | |
| Exclusion – Designated Professional Services | CG 21 16 (0798) |
| Exclusion – Financial Services | CG 21 52 (0798) |
| Exclusion of Certified Acts of Terrorism | CG 21 75 (1202) |
| Fungi or Bacteria Exclusion | CG 21 67 (0402) |
| Independent Contractor(s) Insurance Agreement | CFSGL114 (1003) |
| Lead Exclusion | FM 600.0.955 (0999) |
| Nuclear Energy Liability Exclusion Endorsement | IL 00 21 (0498) |
| Punitive or Exemplary Damages Exclusion | FM 101.0.1203 (1189) |
| Real Estate Property Managed | CG 22 70 (1185) |
| Service of Process Clause | GEN 0002 |
| State Operations Exclusion | CFSGL 158 (1204) |
| Subsidence & Earth Movement & Earth Pressure Exclusion | FM 101.0.1185 (1001) |
| Waiver of Transfer of Rights of Recovery | CG 24 04 (1093) |
| War Liability Exclusion | CG 00 62 (1202) |

GEN 0001

## ABSOLUTE ASBESTOS EXCLUSION

It is agreed that:

1.  This policy does not apply to "bodily injury", "property damage", or "personal or advertising injury" in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

2.  This policy does not apply to "economic loss", "diminution of property", "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

3.  This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

For the purpose of this exclusion only, the following additional terms are defined:

"Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement.

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

FM 101.0.1252  05 00.

C&FS000011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## ABSOLUTE SILICA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART:

It is agreed that:

1. This policy does not apply to "bodily injury", "property damage", or "personal and advertising injury" in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica, or any product or action used or taken to protect any person from exposure to silica in any form.

2. This policy does not apply to "economic loss", "diminution of property", "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.

3. This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.

For the purpose of this exclusion only, the following additional terms are defined:

"Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement.

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

FM 101.0.2115 07 03

C&FS000012

POLICY NUMBER:  GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 20 10 07 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| AS REQUIRED BY WRITTEN CONTRACT | AS REQUIRED BY WRITTEN CONTRACT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2004

C&FS000013

POLICY NUMBER:  GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 20 37 07 04

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| AS REQUIRED BY WRITTEN CONTRACT | AS REQUIRED BY WRITTEN CONTRACT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

CG 20 37 07 04

© ISO Properties, Inc., 2004

Page 1 of 1   ☐

C&FS000014

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

C&FS000015

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMPUTER RELATED AND OTHER ELECTRONIC PROBLEMS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

2.   Exclusions

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of:

1.   any actual or alleged failure, malfunction or inadequacy of:

    a.   any of the following, whether belonging to any insured or to others:
       (1)  Computer hardware, including microprocessors;
       (2)  Computer application software;
       (3)  Computer operating systems and related software;
       (4)  Computer networks
       (5)  Microprocessors (computer chips) not part of any computer system; or
       (6)  Any other computerized or electronic equipment or components; or

    b.   any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph a. above due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times, including the year 2000 and beyond.

2.   any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for any insured to determine, rectify or test for, any potential or actual problems described in paragraph 1.above.

Countersigned by _____
              Authorized Representative

FM 101.0.2112 05 03

C&FS000016

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

**GENERAL LIABILITY**
**DEDUCTIBLE LIABILITY INSURANCE - INDEMNITY AND DEFENSE COMBINED**

This endorsement modifies insurance provided under the following:

**I.**                                **SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| Bodily Injury Liability, and/or Property Damage Liability, and Medical Payments, Combined | $10,000 | per claim |
| | | or |
| | $--------- | per occurrence |
| Personal Injury and/or Advertising Injury Liability Combined * | $10,000 | per claim |
| | | or |
| | $--------- | per occurrence |
| Completed Operation Property Damage | $ 50,000 | per claim |

*This includes "personal injury" and "advertising injury" or "personal and advertising injury" depending on the coverage actually provided in the policy to which this endorsement applies.

A. As respects the aggregate limit shown in the schedule above one of the following conditions apply, as indicated by an x:

    1. \_\_\_\_\_ This limit is not subject to adjustment.

    2. \_\_\_\_\_ This limit is a minimum based on estimated \_\_\_\_\_ of \_\_\_\_\_ and is subject to adjustment. Should your actual \_\_\_\_\_ for the policy period exceed the estimate, the limit shall be increased by \_\_\_\_\_ for each \_\_\_\_\_, rounded to the nearest whole unit, that the actual \_\_\_\_\_ exceeds the estimate.

B. A loss conversion factor (LCF) of \_\_\_\_\_ will apply to all deductible reimbursements paid by the insured. The LCF will be charged in addition to the deductible obligations of the insured, and does not erode the deductible limits stated in this endorsement.

FM 101.0.1539 02 02                                         Page 1 of 6.

C&FS000017

II.   **APPLICATION OF ENDORSEMENT**

A. Enter below any limitations on the application of this endorsement.   If no limitation is entered, the deductibles apply to damages for all "bodily injury", and "personal and/or advertising injury", however caused:

B. Our obligation to pay damages under the Bodily Injury and Property Damage Liability and the Personal and/or Advertising Injury Liability, to defend any claim or "suit", to investigate any "occurrence", to settle any claim or "suit", and to pay benefits under Medical Payments applies only to the amount of damages, benefits, and/or "defense expense" incurred in excess of any deductible amounts stated in the Schedule above as applicable to such coverage.

C. The limits of insurance applicable to each "occurrence" for coverages subject to the deductible shall be reduced by the application of any deductible amount stated as being applicable to such coverage.

D. "Aggregate" policy limits for any coverage shall be reduced by the application of any deductible amount.

E. You may select a deductible amount on either a per claim or a per "occurrence" basis.   Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above.  The deductible amounts stated in the Schedule above apply as follows:

1. **PER CLAIM BASIS** – if the deductible amount indicated in the Schedule above is on a "per claim" basis, that deductible amount applies as follows:
   (1) Under Bodily Injury Liability and/or Property Damage Liability and Medical Payments, Combined, to all damages sustained by any one person because of "bodily injury" and "property damage" combined as the result of any one "occurrence".

   (2) Under Personal and/or Advertising Injury Liability Combined, to all damages because of "personal and/or advertising injury" combined sustained by any one person because of any one "occurrence" or offense.

   (3) If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   (4) With respect to "property damage", and "personal and/or advertising injury", person includes an organization.

2. **PER OCCURRENCE BASIS** – if the deductible amount indicated in the

C&FS000018

Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

(1) Under Bodily Injury Liability and/or Property Damage Liability and Medical Payments, Combined, to all damages because of "bodily injury" and "property damage" as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

(2) Under Personal and/or Advertising Injury Liability Combined, to all damages because of "personal and/or advertising injury" combined as the result of any one "occurrence" or offense regardless of the number of persons or organizations who sustain damages because of that "occurrence" or offense.

F.  The terms of this insurance, including those with respect to:

   1.  our right and duty to defend any "suits" seeking those damages;

   2.  our right to select counsel and maintain control of the defense; and

   3.  your duties in the event of an "occurrence", claim or "suit";

   apply irrespective of the application of the deductible amount.

### III.  AGGREGATE LIMIT

A.  The aggregate limit shown in the schedule is the most the insured will have to pay for all covered claims within the deductible.

   1.  If we cancel the policy for reasons other than nonpayment of premium, the aggregate amount shown in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   2.  If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   3.  If the policy is canceled for any reason other than as described in paragraph A.1. and A.2. above, the aggregate deductible amount will not be reduced.

B.  The aggregate will not be reduced if this policy is issued for a term less than one (1) year except if the policy is canceled.  In such event, the aggregate deductible will be determined in accordance with section A. above.

### IV.  REIMBURSEMENT TERMS

A.  We will pay the deductible amount for you, but you must reimburse us after we send

FM 101.0.1539 02 02

Page 3 of 6

C&FS000019

you notice that payment is due.  We will send you notice that payment is due on a periodic basis but not more frequently than on a monthly basis, unless a single loss is paid by us in excess of 50% of the escrow balance held by us, in which case we have the right to bill you immediately for this loss. You are responsible to reimburse us for the total loss falling within the deductible including any expected recovery, as described below, until such time as the recovery is received.

B.  Reimbursement of the deductible amount shall be applied in the following order:

1.  First, to benefits paid under Medical Payments.

2.  Second, to any "defense expense" incurred by us regardless of whether there was any payment for actual damages.

3.  Third, to damages paid by us on your behalf.

C.  These rights are in addition to any other legal rights we have to be reimbursed.

## V.  DEFENSE EXPENSE

"Defense expense" is defined as:

The expenses incurred by you or us in connection with the investigation of accidents, adjustments of claims and includes any legal costs associated with the defense and settlement or trial of suits.  Defense expenses do not include work ordinarily done by a Claims Department, nor expenses incurred by employees of any "insured".  Defense expenses and legal costs include, but are not limited to the following:

a.  Payments to attorneys, law firms, doctors, experts, appraisers, photographers, adjusters, investigators, printers, stenographers (not on salary or in the employment of the company) and all other services and expenses in connection with the investigation and settlement of claims and the defense or legal proceedings as defined in the policy.

b.  Costs for release of attachments, removal and appeal bonds, and post-judgment interest.

c.  Fees and expenses of witnesses, lay and expert.

d.  Pre-judgment interest.

## VI.  RECOVERY FROM OTHERS

If any money is recovered under Rights of Recovery Against Others it will be disbursed in the following order so long as funds remain:

FM 101.0.1539 02 02

Page 4 of 6

C&FS000020

A. First, all expenses incurred in making the recovery will be repaid; and

B. Second, we will be repaid to the extent of our actual loss payments; and

C. Third, the insured will be repaid for any deductible reimbursements made.

Disbursement of recoveries will occur on the next deductible billing following receipt of the recovery.

If our recovery attempt is unsuccessful, we will bear all of the recovery expenses.

## VII.  CANCELLATION

The following is added to the cancellation conditions of the policy.

A. If you fail to provide and maintain collateral and escrow as required by us to secure your obligations under this deductible endorsement, we have the right to cancel the policy for nonpayment of premium.

B. If you fail to fully reimburse us when due, we have the right to cancel the policy for nonpayment of premium. We may keep the amount of unearned premium that will reimburse us for the payments we made.

## VIII.  ARBITRATION

If any dispute shall arise between you and us with reference to this Deductible Endorsement, such dispute, upon written request of either party, shall be submitted to arbitration in accordance with the Commercial Rules of the American Arbitration Association. Said arbitration shall be conducted in the county of the mailing address of the first named insured by a panel of three arbitrators, one to be chosen by each party and the third by the two so chosen. The arbitrator chosen by each party shall be from a list, provided by the American Arbitration Association, of arbitrators knowledgeable in the area of the dispute. If either party refuses or neglects to appoint an arbitrator within thirty days after receipt of written notice from the other party requesting it to do so, the requesting party may appoint two arbitrators. If the two arbitrators fail to agree in the selection of a third arbitrator within thirty days of their appointment, each of them shall name two, of whom the other shall decline one, and the decision shall be made by drawing lots. The arbitrators shall interpret this Agreement as an honorable engagement and not merely a legal obligation; they are relieved of all judicial formalities and may abstain from following the strict rules of law; and they shall make their award with a view of effecting the general purposes of this Agreement in a reasonable manner rather than in accordance with a literal interpretation of the language. Each party shall submit its case to its arbitrator within thirty

FM 101.0.1539 02 02

Page 5 of 6

C&FS000021

days of the appointment of the third arbitrator.  The decision in writing of any two arbitrators; when filed with the parties hereto, shall be final and binding on both parties, and judgment may thereafter be entered thereon in any court of competent jurisdiction.  Each Party shall bear the expenses of its own arbitrator and shall jointly and equally bear with the other party the expenses of the third arbitrator.  The prevailing party in the arbitration shall be awarded its attorneys' fees and expenses (other than the cost of the arbitrators).   In the event that each party prevails on one or more issues, the arbitrators shall determine as accurately as possible which party has more substantially prevailed on an overall basis, and award that party attorneys' fees and costs in the percentage amount by which that party has prevailed.

FM 101.0.1539 02 02

Page 6 of 6

C&FS000022

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DEFINITION OF GROSS SALES

1. **Definition**
   The gross amount charged by the Named Insured, concessionaires of the Named Insured or by others trading under the insured's named for:

   a. All goods or products sold or distributed during the Policy Period;
   b. Operations performed during the Policy Period; and
   c. Rentals during the Policy Period;
   d. Dues or fees during the Policy Period.

2. **Inclusions**
   The following items shall not be deducted from gross sales as determined above:

   a. Foreign exchange discounts;
   b. Freight allowance to customers;
   c. Total sales of consigned goods and warehouse receipts;
   d. Trade or cash discounts;
   e. Bad debts; and
   f. Repossession of items sold on installments (amounts actually collected).

3. **Exclusions**
   The following items shall be deducted from gross sales:

   a. Sales or excise taxes which are collected and submitted to a governmental division;
   b. Credits for repossessed merchandise and products returned.  Allowances for damaged and spoiled goods;
   c. Finance charges for items sold on installments;
   d. Freight charges on sales if freight is charged as a separate item on customer's invoice; and
   e. Royalty income from patent rights or copyrights which are not product sales.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

---

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.
Policy # _____
Effective on and after _____ 12:01 am standard time
Issued to _____

---

Countersigned by _____ Date: _____
                        Authorized Representative

CFSGEN1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DESIGNATED CONSTRUCTION PROJECT(S)
## GENERAL AGGREGATE LIMIT WITH CAP

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE

SCHEDULE

Designated Construction Projects:

ALL ONGOING PROJECTS AWAY FROM PREMISES OWNED OR RENTED TO YOU.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

   However, the most we will pay under the Designated Construction Project General Aggregate Limit for all projects combined is $5,000,000.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazards", regardless of the number of:

   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".

3. Any payments made under COVERAGE A for damages shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

CFSGL118

C&FS000024

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE C (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under COVERAGE A for damages shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

D. If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CFSGL118

POLICY NUMBER: GLO 057306                                          FM2.0.838 02 03

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN
RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK
INSURANCE ACT OF 2002. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE
OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002

# NO COVERAGE

---

**SCHEDULE***

Terrorism Premium (Certified Acts) $ not applicable

Additional information, if any, concerning the terrorism premium:

You have rejected coverage for acts of terrorism (as defined in Section 102(1) of the Terrorism Risk
Insurance Act of 2002). This policy contains one or more exclusions that apply to acts of terrorism.

Information required to complete this Schedule, if not shown on this endorsement, will be shown
in the Declarations.

---

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk
Insurance Act of 2002, we are required to provide
you with a notice disclosing the portion of your
premium, if any, attributable to coverage for
terrorist acts certified under that Act. The portion
of your premium attributable to such coverage is
shown in the Schedule of this endorsement or in
the policy Declarations.

**B. Disclosure Of Federal Participation In Payment
Of Terrorism Losses**

The United States Government, Department of the
Treasury, will pay a share of terrorism losses
insured under the federal program. The federal
share equals 90% of that portion of the amount of
such insured losses that exceeds the applicable
insurer retention.

FM2.0.838 02 03                    © ISO Properties, Inc., 2003                    Page 1 of 1

C&FS000026

# ENDORSEMENT

This endorsement, issued by CRUM & FORSTER SPECIALTY INSURANCE COMPANY, forms a part of the policy to which it is attached.

## EARNED PREMIUM AND COMPOSITE RATE ENDORSEMENT

In consideration of Crum & Forster's acceptance of this insurance, the Named Insured hereby agrees that the minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

1. In the event of cancellation of this policy by the Named Insured, the Minimum Premium retained by the Company for this policy is the greater of:

   - **25%** of the Advance and Deposit Premium
   - Short rate or pro-rata of the Advance and Deposit Premium
   - Audit Premium

   For the purpose of this policy, terms are defined as follows:

   Advance and Deposit Premium – that premium which is stated in the policy declarations and payable in full by the insured at policy inception.

   Minimum Premium – the lowest premium for which this insurance will be written for the policy period.

2. Failure by the Named Insured to remit premium payments when due shall be considered a request by the Named Insured for the Company to cancel this policy. Cancellation shall be computed in accordance with paragraph 1 above.

3. In the event of cancellation of this policy by the Company for reasons other than nonpayment of premium, the earned premium for this policy shall be computed on a pro-rata basis, subject, however, to final premium adjustment in accordance with our rules, rates and the Premium Audit provisions of this policy. A twenty five percent (25%) absolute minimum earned premium shall apply.

4. The premium entered on the Declarations page of this policy as ADVANCE PREMIUM is a provisional premium only and is subject to upward adjustment only in accordance with our rules, rates and the Premium Audit provisions of this policy. Premium adjustments effected as a result of premium audits will be done after the policy is no longer in effect, but may be done by the Company while the policy is in effect.

5. The amount entered as ADVANCE PREMIUM on the Declarations page of this policy has been computed on a composite rate basis for both "bodily injury" and "property damage" as follows:

| Exposure Basis | Estimated Exposure | x | Composite Rate | = | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| Gross Sales: | $35,000,000 | X | $6.85 | = | $239,760 |
| Uninsured Subcontractor Cost | | X | $65.00 | = | TBD |

If the Exposure Basis is Payroll, then the Composite Rate shall be applied per thousand dollars of Payroll. If the Exposure Basis is Gross Sales, then the Composite Rate shall be applied per thousand dollars of Gross Sales. If the exposure is Cost, then the composite rate shall be applied per thousand dollars of cost.

CFS GEN 12 (1204)

C&FS000027

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EIFS/DEFS EXCLUSION

This insurance does not apply to "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" arising directly or indirectly out of "your EIFS/DEFS product" or "your EIFS/DEFS work" as defined below.

"Your EIFS/DEFS product" means:

The following goods or products manufactured, sold, handled, distributed or disposed of by you, others trading under your name, or by any other or person or entity directly or indirectly for you or on your behalf:

1. "Exterior insulation and finish system", defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

   a. rigid or semi-rigid insulation board made of expanded polystyrene or other materials; and
   b. the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate; and
   c. a reinforced base coat, or base coat and mesh; and
   d. a finish coat, providing a surface texture, to which coat color may be added.

2. "Direct exterior finish system", defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

   a. sheathing applied to a structure's framing or substrate; and
   b. a reinforced base coat, or base coat and mesh; and
   c. a finish coat providing surface texture, to which coat color may be added.

"Your EIFS/DEFS product" includes:
   i. Warranties or representations made at any time with respect to the fitness, quality, durability, performance of "your product"; and,
   ii. The providing of or failure to provide warnings or instructions.

"Your EIFS/DEFS work" means:

The following work or operations performed by you or by any person or entity working directly or indirectly for you or on your behalf:

1. The design, manufacture, construction, fabrication, preparation, installation, application, maintenance, repair, including remodeling, service, correction or replacement of an "exterior insulation and finish system", or a "direct exterior finish system", or any part of either system, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a system.

FM 101.0.1948 10 01

C&FS000028

2.  Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" or a "direct exterior finish system" is used on any part of that structure.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| --- |
| Policy # _____ |
| Effective on and after _____ 12:01 am standard time. |
| Issued to _____ |

Countersigned by_____
                              Authorized Representative

FM 101.0.1948 10 01                                          Page 2 of 2

C&FS000029

POLICY NUMBER:  GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 04 35 02 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Deductible | | Premium |
|---|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | $1,000 | each employee | INCLUDED |
| | $1,000,000 | aggregate | | | |
| Retroactive Date: | 02/01/05 | | | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** The following is added to Section I – Coverages:
**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Paragraph E. (Section III – Limits Of Insurance); and

   (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to damages only if:

   (1) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

   (2) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

   (3) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph G. of this endorsement.

   c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   (1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 02 02

© ISO Properties, Inc., 2001

Page 1 of 6   ☐

C&FS000030

(2) When we make settlement in accordance with Paragraph 1.a. above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. **Exclusions**

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

c. **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments — Coverages A and B are replaced by Supplementary Payments — Coverages A, B and Employee Benefits Liability.

2. Paragraphs 1.b. and 2. of the Supplementary Payments provision do not apply.

C. For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 4. of Section II — Who Is An Insured are replaced by the following:

2. Each of the following is also an insured:

a. Each of your "employees" who is or was authorized to administer your "employee benefit program".

b. Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

© ISO Properties, Inc., 2001

CG 04 35 02 02   □

C&FS000031

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, Paragraph 3. of Section II – Who Is An Insured does not apply.

E. For the purposes of the coverage provided by this endorsement, Section III – Limits Of Insurance is replaced by the following:

   1. Limits Of Insurance

      a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

         (1) Insureds;

         (2) "Claims" made or "suits" brought;

         (3) Persons or organizations making "claims" or bringing "suits";

         (4) Acts, errors or omissions; or

         (5) Benefits included in your "employee benefit program".

      b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

      c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

         (1) An act, error or omission; or

         (2) A series of related acts, errors or omissions

      negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

   2. Deductible

      a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

      b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

      c. The terms of this insurance, including those with respect to:

         (1) Our right and duty to defend any "suits" seeking those damages; and

         (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

      apply irrespective of the application of the deductible amount.

      d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

CG 04 35 02 02          © ISO Properties, Inc., 2001          Page 3 of 6      □

C&FS000032

F. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of Section IV – Conditions are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

b. If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

© ISO Properties, Inc., 2001

CG 04 35 02 02

C&FS000033

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**G.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is canceled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

   **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

   **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The "employee benefit programs" insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this endorsement for future payment of damages; and

   **d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph E.1.b. of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph E.1.c.

**H.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the Definitions Section:

**1.** "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

C&FS000034

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

I. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the **Definitions** Section are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which such damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2001

CG 04 35 02 02     □

C&FS000035

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily Injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

C&FS000036

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 07 98            Copyright, Insurance Services Office, Inc., 1997            Page 1 of 1      □

C&FS000037

POLICY NUMBER:   GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 21 35 10 01

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
|---|
|  |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage C – Medical Payments does not apply and none of the references to it in the Coverage Part apply; and

2. The following is added to Section I – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

CG 21 35 10 01

© ISO Properties, Inc.,  2000

Page 1 of 1      ☐

C&FS000038

POLICY NUMBER:  GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 21 54 01 96

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Description and Location of Operation(s):

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

(1) Provides coverage identical to that provided by this Coverage Part;

(2) Has limits adequate to cover all claims; or

(3) Remains in effect.

CG 21 54 01 96

Copyright, Insurance Services Office, Inc., 1994

Page 1 of 1    □

POLICY NUMBER:  GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 21 16 07 98

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description Of Professional Services: | |
|---|---|
| 1.   REAL ESTATE AGENTS/BROKERS | |
| 2. | |
| 3. | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

CG 21 16 07 98

Copyright, Insurance Services Office, Inc., 1997

Page 1 of 1      □

C&FS000040

COMMERCIAL GENERAL LIABILITY
CG 21 52 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

1. Planning, administering or advising on:
   a. Any:
      (1) Investment;
      (2) Pension;
      (3) Annuity;
      (4) Savings;
      (5) Checking; or
      (6) Individual retirement

      plan, fund or account;
   b. The issuance or withdrawal of any bond, debenture, stock or other securities;

   c. The trading of securities, commodities or currencies; or
   d. Any acquisitions or mergers;
2. Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;
3. Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;
4. Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;
5. Checking or reporting of credit;
6. Maintaining of financial accounts or records;
7. Tax planning, tax advising or the preparation of tax returns; or
8. Selling or issuing travelers checks, letters of credit, certified checks, bank checks or money orders.

Copyright, Insurance Services Office, Inc., 1997

C&FS000041

COMMERCIAL GENERAL LIABILITY
CG 21 75 12 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism" or an "other act of terrorism". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs 1. and 2. describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

   a. The act resulted in aggregate losses in excess of $5 million; and

C&FS000042

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. In the event of any incident of a "certified act of terrorism" or an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

© ISO Properties, Inc., 2002

CG 21 75 12 02     □

C&FS000043

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2001     Page 1 of 1

C&FS000044

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**INDEPENDENT CONTRACTOR(S) INSURANCE AGREEMENT**

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that the following Condition is added to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:

10.  a. It is agreed that any independent contractor(s) or subcontractor(s) utilized by you shall have Commercial General Liability insurance of the type described in the schedule below and with limits of insurance equal to or greater than those shown in the Schedule below.

b. It is further agreed that you will obtain a certificate of insurance from your independent contractor(s) or subcontractor(s), issued by an insurance company rated in the most current annual edition of the A.M. Best Guide of not less than 'A minus' - Class Size VII, stating that you have been named as Additional Insured on the contractor(s) or subcontractor(s) insurance policy. The Additional Insured endorsement utilized must be 'ISO' form CG 2010 (07/04 edition) or broader wording in your favor.

SCHEDULE

INDEPENDENT CONTRACTOR(S) OR SUBCONTRACTOR(S) INSURANCE SCHEDULE

Coverage: Commercial General Liability – Occurrence Form
LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit: | $2,000,000 |
| (Other than Products – Completed Operations) | |
| Products – Completed Operations Aggregate Limit: | $1,000,000 |
| Personal & Advertising Injury Limit: | $1,000,000 |
| Each Occurrence Limit: | $1,000,000 |

Page 1 of 2

CFSGL114 (1003)

C&FS000045

Your failure to obtain the certificate(s) of insurance as described above will not invalidate the insurance provide to you by this policy or relieve us of our obligation to you under the terms of this policy except as stated below. However, for the purposes of determining the earned premium due us at audit, we will apply the rate shown for uninsured subcontractor costs on the 'EARNED PREMIUM AND COMPOSITE RATE ENDORSEMENT' against the amount of subcontracted work for which you did not obtain a certificate of insurance.

It is further agreed that Section IV – item 4. 'Other Insurance' and Section IV – item 5. 'Premium Audit' of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended with the following additional conditions:

4. Other Insurance
    b. Excess Insurance

This insurance is excess over:

(1) Any other insurance available to you as an additional insured from any independent contractor(s) or subcontractor(s) or on any other basis, whether such insurance is primary, excess, or contingent.

The remainder of Condition '4'. remains unchanged.

5. Premium Audit

d. The Named Insured must keep copies of all certificates of insurance obtained from all independent contractor(s) or subcontractor(s) in accordance with the Independent Contractor(s) Insurance Schedule.

All other Terms and conditions of this insurance remain unchanged.

Page 2 of 2

CFSGL114 (1003)

C&FS000046

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## LEAD EXCLUSION

This policy does not apply to:

1.  "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" in any way or to any extent arising out of the actual, alleged or threatened exposure to lead or any substance containing lead.

2.  "Economic Loss", "Diminution of Property",  "Abatement Costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving lead or any substance containing lead.

3.  Any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any "Claim" or "Suit" arising out of or involving lead or any substance containing lead.

For the purpose of this exclusion, the following additional terms are defined:

"Abatement Costs" mean any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal, replacement, or treatment.

"Diminution of Property" means the diminishing or lessening in value of property.

"Economic Loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture, utilization, or existence of a substance or product.

"Equitable Relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| |
|---|
| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| Policy No. _____ |
| Effective on and after _____ 12:01a.m. standard time |
| Issued to _____ |

Countersigned by: _____
                          Authorized Representative

FM 600.0.955 (0999)

C&FS000047

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL AUTO COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
> UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

Copyright, Insurance Services Office, Inc., 1997

C&FS000048

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98        □

C&FS000049

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

This policy does not apply to punitive or exemplary damages, fines or penalties.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

---

Complete only when this endorsement is not prepared with the policy **or** is not to be effective with the policy.

Policy # _____

Effective on and after _____ 12:01 am standard time

Issued to _____

---

Countersigned by _____

                              Authorized Representative

FM 101.0.1203  (1189)

C&FS000050

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

CG 22 70 11 85                    Copyright, Insurance Services Office, Inc., 1984              Page 1 of 1         ☐

C&FS000051

## SURPLUS LINES FILING AND POLICY ISSUANCE CRITERIA

### SERVICE OF PROCESS CLAUSE

The Commissioner, Director, or Superintendent of Insurance of the State (or other office specified for the following purpose) in the State of Florida is hereby designated as the true and lawful attorney of the Company upon whom may be served all lawful process in any action, suit, or proceeding arising out of this policy.  The Company further designates:

| | |
|---|---|
| Name: | Doug Libby, President |
| Name of Company or Firm: | Crum & Forster Specialty Insurance Co. |
| Mailing Address: | 305 Madison Avenue<br>Morristown, NJ 07962 |

As its agent in (state) to whom such process shall be forwarded by the Commissioner, Director, or Superintendent of Insurance.

ALL STAMPS PLACED ON POLICY OR OTHER DOCUMENTS MUST BE IN RED INK

GEN 0002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## STATE OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is hereby understood and agreed that this policy does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of "your work" or out of any Insured's work, operations or contractual obligations in the following states:

Alaska
Arizona
California
Colorado
Hawaii
Nevada
New York
Oregon
South Carolina
Washington

This exclusion applies regardless of whether such work or operations are conducted by the insured or on behalf of the insured or whether the operations are conducted for the Insured or for others. This exclusion applies to all work and operations whether completed or in progress.

All other terms and conditions of this policy remain unchanged.

CFSGL158 (1204)

C&FS000053

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUBSIDENCE AND EARTH MOVEMENT AND EARTH PRESSURE EXCLUSION

This insurance does not apply to any liability for "Bodily Injury", "Personal and Advertising Injury" or "Property Damage" directly or indirectly arising out of, caused by, resulting from, contributed to or aggravated by "Subsidence and Earth Movement" or "Earth Pressure." Such loss or damage is excluded regardless of any other cause or event, including any product, work or operation provided or performed by or on behalf of any "Insured", that contributes concurrently or in any sequence to the loss or damage.

It is further agreed that Insuring Agreement II, Defense Settlement does not apply to any "Claim" or "Suit" seeking damages excluded by this endorsement.

"Subsidence and Earth Movement" means: any movement of land, including but not limited to, subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting, bulging, cracking, shrinking or expansion of foundations, walls, roofs, floors, or ceilings, or any other movements of land or earth.

"Earth Pressure" means: pressure exerted by land or earth, whether or not combined with water.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| --- |
| Policy # _____ |
| Effective on and after _____ 12:01 am standard time |
| Issued to _____ |

Countersigned by _____
                                        **Authorized Representative**

FM 101.0.1185  01 01

C&FS000054

POLICY NUMBER:  GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 24 04 10 93

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Name of Person or Organization:        AS REQUIRED BY WRITTEN CONTRACT

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV – COMMER-CIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

CG 24 04 10 93                Copyright, Insurance Services Office, Inc., 1992                Page 1 of 1        □

C&FS000055

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2.**, Exclusions of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i.** War

"Bodily injury" or "property damage", however caused,  arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of Section **I** – Coverage **B** – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2.**, Exclusions of Section **I** – Coverage **C** – Medical Payments does not apply.  Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2.**, Exclusions of Section **I** – Coverage **C** – Medical Payments since "bodily injury" arising out of war is now excluded under Coverage **A.**

CG 00 62 12 02

© ISO Properties, Inc., 2002

Page 1 of 1

C&FS000056

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**.

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur,

© ISO Properties, Inc., 2000

C&FS000057

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2000

CG 00 01 10 01

C&FS000058

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

© ISO Properties, Inc., 2000

C&FS000059

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, removing, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

C&FS000060

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it,

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

C&FS000061

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

© ISO Properties, Inc., 2000

CG 00 01 10 01

C&FS000062

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

© ISO Properties, Inc., 2000

C&FS000063

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

© ISO Properties, Inc., 2000

CG 00 01 10 01

C&FS000064

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

C&FS000065

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

© ISO Properties, Inc., 2000

CG 00 01 10 01

C&FS000066

b. If a claim is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

This insurance is excess over:

   (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

     (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

     (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

     (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

     (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

   (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

© ISO Properties, Inc., 2000

C&FS000067

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2000

CG 00 01 10 01

C&FS000068

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in a. above;

      (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   If such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

C&FS000069

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2000  CG 00 01 10 01

C&FS000070

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     (1) Products that are still in your physical possession; or.

     (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       (a) When all of the work called for in your contract has been completed.

       (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or sub-contractor working on the same project.

      Work that may need service, mainte-nance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

     (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

     (2) The existence of tools, uninstalled equipment or abandoned or unused ma-terials; or

     (3) Products or operations for which the clas-sification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occur-rence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and appli-cations software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electroni-cally controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this in-surance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such dam-ages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution pro-ceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is fur-nished to you to substitute for a permanent "em-ployee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

     (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       (a) You;

       (b) Others trading under your name; or

       (c) A person or organization whose busi-ness or assets you have acquired; and

     (2) Containers (other than vehicles), materi-als, parts or equipment furnished in con-nection with such goods or products.

© ISO Properties, Inc., 2000

C&FS000071

b. Includes
   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and
   (2) The providing of or failure to provide warnings or instructions.
c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":
a. Means:
   (1) Work or operations performed by you or on your behalf; and
   (2) Materials, parts or equipment furnished in connection with such work or operations.
b. Includes
   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
   (2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000

CG 00 01 10 01

C&FS000072

**Crum & Forster**
**Specialty Insurance Co.**
**CLAIM REPORTING**

## Dear Policyholder:

# Please report claims to:

JoAnne McGovern
Litigation Unit Manager
Crum & Forster Specialty Insurance Company
305 Madison Avenue
Morristown, NJ 07962

Phone: 973-490-6094
Fax:    1-877-622-6230
Email:  Joanne_Mcgovern@cfins.com

All Claims Handling is centralized at this location for Crum & Forster Specialty Insurance
Company.

Thank you.

305 Madison Avenue, PO Box 1973, Morristown, New Jersey 07962-1973   TEL: (973) 490-6600

C&FS000073

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.                    Policy No. GLO 057306

Company: Crum & Forster Specialty                          Endorsement No. 009

Producer: All Risks Limited                                Effective Date: 05/31/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |

| | | | |
|---|---|---|---|
| | Named Insured amended to read as shown below. | | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | | Location (s) shown below deleted from policy. |
| X | Other as shown below. | | Forms and Endorsements shown below are amended |
| | Item (s) listed below added to schedule. | | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | | Total of schedule reduced by |
| | To a total of | | To a total of |

The following name is added to the policy:   PC- Plantation LLLP

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

FM 101.0.1403 (10/93)

C&FS000074



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADDING/DELETING ENDORSEMENT**

NAMED INSURED: Altman Contractors, Inc.                    ENDORSEMENT NO.: 009

POLICY NUMBER: GLO 057306

The following endorsement(s) are either added to, or deleted from, the policy noted above, effective as of the date shown below:

| ADDED | DELETED | EFFECTIVE DATE | FORM NUMBER | FORM TITLE |
|-------|---------|----------------|-------------|------------|
| ☐ | ☒ | 05/31/06 | FM 101.0.1403 | General Purpose Endorsement (Endorsement #004) |
| ☒ | ☐ | 05/31/05 | FM 101.0.1403 | General Purpose Endorsement (Endorsement #009) |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

_____
Authorized Representative

CFSGL 204 (0591)

C&FS000075

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.  Policy No. GLO 057306

Company:  Crum & Forster Specialty  Endorsement No. 008

Producer: All Risks Limited  Effective Date: 05/13/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A   [ X ]

| | |
|---|---|
| Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| X  Other as shown below. | Forms and Endorsements shown below are amended |
| Item (s) listed below added to schedule. Total of schedule increased by              To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by              To a total of |

The following name is added to the policy:   Sapphire-Fort Lauderdale Lt.I.P

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | ✓ | |

All other terms and conditions remain unchanged.

Authorized Representative

FM 101.0.1403 (10/93)

C&F.S000076



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADDING/DELETING ENDORSEMENT**

NAMED INSURED: Altman Contractors, Inc.                    ENDORSEMENT NO.: 008

POLICY NUMBER: GLO 057306

The following endorsement(s) are either added to, or deleted from, the policy noted above, effective as of the date shown below:

| ADDED | DELETED | EFFECTIVE DATE | FORM NUMBER | FORM TITLE |
|-------|---------|----------------|-------------|------------|
| ☐ | ☒ | 05/13/06 | FM 101.0.1403 | General Purpose Endorsement (Endorsement #003) |
| ☒ | ☐ | 05/13/05 | FM 101.0.1403 | General Purpose Endorsement (Endorsement #008) |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

2/5/07

_____
Authorized Representative

CFSGI. 204 (0591)

C&FS000077

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.       Policy No. GLO 057306

Company:  Crum & Forster Specialty       Endorsement No. 007

Producer: All Risks Limited       Effective Date: 02/01/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

|   | Named Insured amended to read as shown below. |   | Address of Named Insured amended to read as shown |
|---|---|---|---|
|   | Premium or rates amended as shown below. |   | Policy Period amended to read as shown below. |
|   | Premium Basis is amended to read as shown below. |   | Limit (s) of insurance is amended to read as shown below. |
|   | Total Advance Premium amended to read as shown |   | Policy conditions amended as shown below. |
|   | Business Description of Insured is amended to read as shown below. |   | Description or location of property amended to read as shown below. |
|   | Location (s) shown below added to policy. |   | Location (s) shown below deleted from policy. |
|   | Other as shown below. | X | Forms and Endorsements shown below are amended |
|   | Item (s) listed below added to schedule. Total of schedule increased by To a total of |   | Item (s) listed below deleted from schedule. Total of schedule reduced by To a total of |

Form FM 101.0.1539 -- Deductible Liability Insured is amended as per attached.
The retroactive date on CG 0435 – Employee Benefits Liability Form is amended to read 2/1/03 in lieu of 2/1/05
The Minimum earned premium of the Declaration page is amended to read $215,775

|   | Additional Premium | Return Premium |   |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date |   |   |   |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |

| Total Endorsement Premium to Policy Expiration |   |   |   |
|---|---|---|---|

All other terms and conditions remain unchanged.

_____
Authorized Representative

CB
2/1/07

FM 101.0.1403 (10/93)

C&FS000078



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDING/DELETING ENDORSEMENT

NAMED INSURED: Altman Contractors, Inc.                     ENDORSEMENT NO.: 007

POLICY NUMBER: GLO 057306

The following endorsement(s) are either added to, or deleted from, the policy noted above, effective as of the date shown below:

| ADDED | DELETED | EFFECTIVE DATE | FORM NUMBER | FORM TITLE |
|-------|---------|----------------|-------------|------------|
| ☐ | ☒ | 02/01/06 | FM 101.0.1403 | General Purpose Endorsement (Endorsement #002) |
| ☒ | ☐ | 02/01/05 | FM 101.0.1403 | General Purpose Endorsement (Endorsement #007) |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

2/5/14

_____
Authorized Representative

CFSGL 204 (0591)

C&FS000079



Crum & Forster Specialty

305 Madison Avenue
Morristown, NJ 07962

January 30, 2007

Ms. Mary Lynn Arbour
All Risks, Ltd.
640 Brooker Creek Blvd., Ste. 405
Oldsmar, FL 34677

Dear Mary Lynn:

     Per your request of 01/29/07, please find the enclosed endorsements for Policy No. GLO 057306, Altman Contractors, Inc.

     Please keep copies for your records and forward the endorsements onto the insured.  If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Kristine Bohan
Underwriting Assistant

Enc.

C&FS000080

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Policy No. GLO 057306

Company: Crum & Forster Specialty

Endorsement No. 006

Producer: All Risks Limited

Effective Date: 12/01/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. Total of schedule increased by To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by To a total of |

The following is added to the Named Insured:     855-Boca, LLLP

| | Additional Premium | Return Premium |
|---|---|---|
| Premium Payable at Endorsement Effective Date | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

*Mary Beth Russo*
Authorized Representative

FM 101.0.1403 (10/93)

C&FS000081

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.          Policy No. GLO 057306

Company: Crum & Forster Specialty               Endorsement No.005

Producer: All Risks Limited                     Effective Date: 02/01/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | | |
|---|---|---|---|
| X | Named Insured amended to read as shown below. | | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | | Location (s) shown below deleted from policy. |
| | Other as shown below. | | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule.<br>Total of schedule increased by<br>To a total of | | Item (s) listed below deleted from schedule.<br>Total of schedule reduced by<br>To a total of |

The following names are added to the Named Insured:     The Preserve at Tamarac, LLC
Tamarac, LLC
Lexington on the Green
Windor Lakes, LLC
The Preserve at Windsor Lakes
Symphony Towers, LLLP
Boat Fair, Inc.

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

*Mary Beth Russo*
Authorized Representative

FM 101.0.1403 (10/93)

C&FS000082

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.          Policy No. GLO 057306

Company: Crum & Forster Specialty          Endorsement No. 004

Producer: All Risks Limited          Effective Date: 05/31/06

\*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| X | Other as shown below. | Forms and Endorsements shown below are amended |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | Total of schedule reduced by |
| | To a total of | To a total of |

The following name is added to the policy:   PC- Plantation LLLP

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

FM 101.0.1403 (10/93)

C&FS000083

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.        Policy No. GLO 057306

Company: Crum & Forster Specialty        Endorsement No. 003

Producer: All Risks Limited        Effective Date: 05/13/06

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| X | Other as shown below. | Forms and Endorsements shown below are amended |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | Total of schedule reduced by |
| | To a total of | To a total of |

The following name is added to the policy:   Sapphire-Fort Lauderdale LLLP

| | Additional Premium | Return Premium |
|---|---|---|
| Premium Payable at Endorsement Effective Date | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

Authorized Representative

FM 101.0.1403 (10/93)

C&FS000084

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Company:  Crum & Forster Specialty

Producer: All Risks Limited

Policy No. GLO 057306

Endorsement No. 002

Effective Date: 02/01/06

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | |
|---|---|
| Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| Other as shown below. | X Forms and Endorsements shown below are amended |
| Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| Total of schedule increased by | Total of schedule reduced by |
| To a total of | To a total of |

Form FM 101.0.1539 – Deductible Liability Insured is amended as per attached.
The retroactive date on CG 0435 – Employee Benefits Liability Form is amended to read 2/1/03 in lieu of 2/1/05
The Minimum earned premium of the Declaration page is amended to read $215,775

| | Additional Premium | Return Premium |
|---|---|---|
| Premium Payable at Endorsement Effective Date | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | |
|---|---|---|
| Total Endorsement Premium to Policy Expiration | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

FM 101.0.1403 (10/93)

C&FS000085



## COMMERCIAL GENERAL LIABILITY POLICY

### DECLARATIONS        R E V I S E D

POLICY NUMBER: GLO 057306

| DATE ISSUED: 02/07/05 | REPLACEMENT OF:  New |
|---|---|

| ITEM 1. | NAMED INSURED & ADDRESS:     Altman Contractors, Inc. |
|---|---|

Altman Contractors, Inc.
Altman Development Corporation
1515 S. Federal Hwy, Suite 300
Boca Raton, FL 33432

Named Insured's Business:  Real Estate Developers          Form of Business:  Corporation

**2.**  POLICY PERIOD:  POLICY COVERS FROM: 02/01/05    TO: 02/01/06

12:01 a.m. Standard Time at the Named Insured's address stated above

**3.**

COVERAGE IS PROVIDED BY:

Crum & Forster Specialty Insurance Company
( A Stock Company)
305 Madison Avenue
Morristown, NJ 07962

REPRESENTATIVE:
Number: 83855

Broker: All Risk Limited
Telephone Number: (866)-350-6885
Office Address:     1001 N. US Highway
                                    Suite 304
Town, State & Zip: Jupiter, FL 33477

**4.**     LIMITS OF INSURANCE:     (The Limits of Insurance are the amounts shown below.)

    (a)  Each Occurrence Limit:   $1,000,000
    (b)  General Aggregate Limit: $2,000,000
    (c)  Personal & Advertising Injury Limit:  $1,000,000          Any One Person or Organization
    (d)  Products-Completed Operations Aggregate Limit: $2,000,000
    (e)  Damage to Premises Rented To You Limit:  $50,000      Any One Premise
    (f)  Medical Expense Limit:  Excluded

**5.**     DEDUCTIBLE:   See Deductible Endorsement
    See FM 101.0.1539                          Applies ☒ Per Claim
                                          Applies ☒ Per Occurrence

**6.**     POLICY JACKET, SCHEDULES, FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT INCEPTION (Number and Edition Date) AS PER MASTER FORMS LIST ATTACHED.

Location of All Premises You Own, Rent or Occupy:  See Schedule of Locations on file with Company.

**7.**     PREMIUM: $239,750                    MINIMUM EARNED PREMIUM: $215,775

PREMIUM SUBJECT TO ADJUSTMENT: Yes ☒  No ☐

Countersigned by _____

THESE DECLARATIONS, TOGETHER WITH POLICY JACKET, MASTER FORMS LIST, SCHEDULES AND ENDORSEMENTS, IF ANY, ARE ISSUED AS PART OF, AND IN THE COMPLETION OF THE ABOVE NUMBER POLICY.

CGLDecDedOcc 03 01 02

C&FS000086

POLICY NUMBER: GLO 057306

COMMERCIAL GENERAL LIABILITY
CG 04 35 02 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

### THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
### PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.

This endorsement modifies insurance provided under the following:   **REVISED**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Deductible | | Premium |
|---|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | $1,000 | each employee | INCLUDED |
| | $1,000,000 | aggregate | | | |
| Retroactive Date: | 2/1/03 | | | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A. The following is added to Section I – Coverages:**
**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in Paragraph E. (Section III – Limits Of Insurance); and

        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

    b. This insurance applies to damages only if:

        (1) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

        (2) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

        (3) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph G. of this endorsement.

    c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

        (1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 02 02

© ISO Properties, Inc., 2001

Page 1 of 6 ☐

C&FS000093

(2) When we make settlement in accordance with Paragraph 1.a. above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

## 2. Exclusions

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

c. **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments – Coverages A and B are replaced by Supplementary Payments – Coverages A, B and Employee Benefits Liability.

2. Paragraphs 1.b. and 2. of the Supplementary Payments provision do not apply.

C. For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 4. of Section II – Who Is An Insured are replaced by the following:

2. Each of the following is also an insured:

a. Each of your "employees" who is or was authorized to administer your "employee benefit program".

b. Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

© ISO Properties, Inc., 2001     CG 04 35 02 02     □

C&FS000094

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

    b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, Paragraph 3. of Section II – Who Is An Insured does not apply.

E. For the purposes of the coverage provided by this endorsement, Section III – Limits Of Insurance is replaced by the following:

1. **Limits Of Insurance**

    a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

        (1) Insureds;

        (2) "Claims" made or "suits" brought;

        (3) Persons or organizations making "claims" or bringing "suits";

        (4) Acts, errors or omissions; or

        (5) Benefits included in your "employee benefit program".

    b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

    c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

        (1) An act, error or omission; or

        (2) A series of related acts, errors or omissions

    negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. **Deductible**

    a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

    b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

    c. The terms of this insurance, including those with respect to:

        (1) Our right and duty to defend any "suits" seeking those damages; and

        (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

    apply irrespective of the application of the deductible amount.

    d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

C&FS000095

F. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of Section IV – Conditions are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

b. If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

© ISO Properties, Inc., 2001

CG 04 35 02 02   ☐

C&FS000096

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

G. For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

   a. This endorsement is canceled or not renewed; or

   b. We renew or replace this endorsement with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      (2) Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The "employee benefit programs" insured;

   b. Previous types and amounts of insurance;

   c. Limits of insurance available under this endorsement for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

   The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph E.1.b. of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph E.1.c.

H. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

© ISO Properties, Inc., 2001

C&FS000097

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

I. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the Definitions Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

       a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent;

       b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2001

CG 04 35 02 02   □

C&FS000098

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT   R E V I S E D

Named Insured: Altman Contractors, Inc.

Policy No. GLO 057306

Company: Crum & Forster Specialty

Endorsement No. 001

Producer: All Risk Limited

Effective Date: 02/01/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A [ X ]

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by      To a total of | Total of schedule reduced by      To a total of |

The following Name is added to the Named Insured:   Harborage Cottages-Stuart LLLP

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Total Endorsement Premium to Policy Expiration | | | |
|---|---|---|---|

All other terms and conditions remain unchanged.

_____
Authorized Representative

FM 101.0.1403 (10/93)

C&FS000099

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.                Policy No. GLO 057306

Company: Crum & Forster Specialty                      Endorsement No. 001

Producer: All Risk Limited                             Effective Date: 02/01/05

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A [ X ]

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule.<br>Total of schedule increased by<br>          To a total of | Item (s) listed below deleted from schedule.<br>Total of schedule reduced by<br>          To a total of |

The following Name is added to the Named Insured:   Harboraga Cottages-Stuart LLC

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Total Endorsement Premium to Policy Expiration | | | |
|---|---|---|---|
| | | | |

All other terms and conditions remain unchanged.

                                                    _____
                                                    Authorized Representative

FM 101.0.1403 (10/93)

C&FS000100



305 Madison Ave
Morristown, NJ 07962
973-490-6600

Crum & Forster Specialty Insurance Co.

August 27, 2013

I CERTIFIED THAT THE ATTACHED IS A TRUE COPY OF THE POLICY COMMON DECLARATIONS PAGE OF INSURANCE ISSUED BY

Crum & Forster Specialty Insurance Company

UNDER OUR POLICY NUMBER – GLO-101124

I HOLD THE POSITION OPERATIONS SUPERVISOR FOR CRUM & FORSTER INSURANCE.

SIGNED: _Janet M Roma_

DATED: 08/27/2013

I CERTIFIED THAT THE EMPLOYEE OF CFI LISTED ABOVE APPEARED BEFORE ME ON 8/27/13 AND CERTIFIED THAT THIS WAS A TRUE AND COMPLETE COPY OF THE POLICY. WITNESSED IN THE CITY OF MORRISTOWN, MORRIS COUNTY, NJ.

NOTARY PUBLIC: _Gail W. Stevenson_

MY COMMISSION EXPIRES: _____
GAIL W. STEVENSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 14, 2018

C&FS000101

 

**NAMED INSURED LISTING ENDORSEMENT**

This endorsement forms a part of policy No. GLO 101124

Issued by Crum & Forster Specialty Insurance Company

It is agreed that Item 1 (Name of Insured) of the declarations is as follows:

Sapphire-Fort Lauderdale, LLLP
PC-Plantation, LLLP
855-Boca, LLLP
Bayport Colony Apartments, LLC
Highlands-Raleigh, LLLP
Harborage Cottages-Stuart, LLLP
Northside Marina Venture, LLC
Astor-Delray, LLLP
Symphony Towers, LLLP
Altman Development Corporation
CG Windsor Lakes, LLC & Windsor Lakes, LLC
The Preserve at Windsor Lakes, LLC
Kirkland Crossing Limited Partners, A Florida Limited Partnership
The Preserve at Kirkland Crossing, A Florida Limited Partnership
The Preserve at Tamarac, LLC
CG Tamarac LLC, Tamarac, LLC
Lexington on the Green
The Reserve at Toscama, LLC
Symphony Boat Fair, LLC
The Preserve at Melbourne, LLC
Altman Contractors, Inc.
Poinciana Place Investors, LLLP
Forest Creek-Memphis, LLLP
Altman Development Corporation of Central Florida
The Preserve at Long Leaf

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

CFSGL 225

C&FS000102

## PREMIUM AUDIT STATEMENT SUMMARY

| REMARKS: The Total Earned Premium reflects auditable premiums due.  The Deposit represents the premium charge for the auditable portion of the policy, not the premium paid on the policy. | Comments: PAYMENT DUE IN 45 DAYS |
|---|---|

| | |
|---|---|
| Total Earned Premium | $351,096.00 |
| Total Interim Premium | |
| Deposit | $350,657.00 |
| Additional Premium Due Co | $439.00 |
| Refund Due Insured | |

CFI Ithaca Office 973-490-6600

FBLSO SERVICE FEE
HURRICANE CAT FUND

**Crum&Forster**
**Premium Audit Statement**

Phone Audit                                    Region: Morristown – Home Office

| Insured: ALTMAN CONTRACTORS, INC. | Direct Bill No | Date of Bill: 03/19/2007 |
|---|---|---|

Policy #: GLO-097978
Policy Eff.Date: 02/01/2006  Policy Exp.Date: 02/01/2007

Audit From: 02/01/2006  To: 02/01/2007
Cancelec:

Producer:   All Risks, Ltd.
125 W Indiantown Rd, Ste 203
Jupiter, FL 33458

Page: 1

| Class Code | Classification Description | Exposure | Final Rate | Final Premium |
|---|---|---|---|---|
| | GROSS SALES | 51,254,836.00 | 6.85000 | 5351,095.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDING/DELETING ENDORSEMENT

NAMED INSURED: Akman Contractors, Inc.                    ENDORSEMENT NO.: 5

POLICY NUMBER:  GLO 097978

The following endorsement(s) are either added to, or deleted from, the policy noted above, effective as of the date shown below:

| ADDED | DELETED | EFFECTIVE DATE | FORM NUMBER | FORM TITLE |
|---|---|---|---|---|
| ☒ | ☐ | 02/01/06 | CFSGL 225 | Named Insured Listing Endorsement |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

Authorized Representative

CFSGL 204 (0591)



Endorsement: # 5
Effective: 02/01/06

## NAMED INSURED LISTING ENDORSEMENT

This endorsement forms a part of policy No. GLO 097978

Issued by Crum & Forster Specialty Insurance Company

It is agreed that Item 1 (Name of Insured) of the declarations is as follows:

855-Boca, LLLP
Bayport Colony Apartments, LLC
Lexington on the Green
PC-Plantation, LLLP
Poinciana Place Investors, LLLP
Preserve at Tamarac, LLC
Reserve at Toscana, LLC
Sapphire-Fort Lauderdale, LLLP

All other terms and conditions of this policy remain unchanged.

Authorized Representative

CFSGL 225

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.                      Policy No. GLO 097978

Company:  Crum & Forster Specialty                           Endorsement No. 004

Producer:  All Risks, Limited                                Effective Date: 12/12/06

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | Total of schedule reduced by |
| | To a total of | To a total of |

The following Named Insured has been added to the policy: Forest Creek – Memphis, LLLP.

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| Total Endorsement Premium to Policy Expiration | | | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

FM 101.0.1403 (10/93)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Policy No. GLO 097978

Company: Crum & Forster Specialty

Endorsement No. 003

Producer: All Risk Limited

Effective Date: 06/07/06

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | Total of schedule reduced by |
| | To a total of | To a total of |

The following Named Insured has been added to the policy:   Highlands-Raleigh LLLP

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Total Endorsement Premium to Policy Expiration | | | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

FM 101.0.1403 (10/93)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Policy No. GLO 097978

Company:  Crum & Forster Specialty

Endorsement No. 002

Producer:  All Risk Limited

Effective Date: 02/01/06

\*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A ☐ X ☐

| | |
|---|---|
| X  Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| Other as shown below. | Forms and Endorsements shown below made part of this |
| Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| Total of schedule increased by | Total of schedule reduced by |
| To a total of | To a total of |

The Named Insured on endorsement # 001 is amended to read as per form FM 100.0.14 (0483) attached.
Form CG 21 87 (0504)   Conditional Exclusion of Terrorism is deleted from the policy.
Form CG 21 75 (1202) -- Exclusion of Certified Acts of Terrorism is deleted from the policy.
Form CG 21 73 (1202) -- Exclusion of Certified Acts of Terrorism is added as per attached.
The Master Form List is amended to include Form FM 101.0.1185 (0101) -- Subsidence Exclusion.

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| Total Endorsement Premium to Policy Expiration | | | | |

All other terms and conditions remain unchanged.

Authorized Representative

FM 101.0.1403 (10/93)



Endorsement # 2
Effective: 02/01/06

## NAMED INSURED LISTING ENDORSEMENT

This endorsement forms a part of policy No: GLO 097978

Issued by Crum & Forster Specialty Insurance Company

It is agreed that item 1 (Name of Insured) of the declarations is as follows:

Altman Contractors, Inc.
Altman Development Corporation
Symphony Towers LLLP
Boat Fair, Inc.
Kirkland Crossing Limited Partnership, A Florida Limited Partnership
The Preserve at Kirkland Crossing LLLP, A Florida LLLP
CG Windsor Lakes LLC
Windsor Lakes LLC
The Preserve at Windsor Lakes LLC
The Preserve At Melbourne LLC, The Preserve at Longleaf
Astor-Delray LLLP
Harborage Cottage-Stuart LLLP

ditions of this policy remain unchanged.

_____
Authorized Representative

FM 100.0.14 (4/83)

COMMERCIAL GENERAL LIABILITY
CG 21 73 12 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage" arising, directly or indirectly, out of "a certified act of terrorism".

B. The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury" "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

a. The act resulted in aggregate losses in excess of $5 million; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2002

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## MASTER FORMS LIST

The following forms and endorsements are attached to this policy effective at inception:

| FORM TITLE | FORM NUMBER |
|---|---|
| Declarations Page | CGL Dec Occ Ded 03 01 02 |
| Signature Page – Crum & Forster Specialty | GEN 007 (0704) |
| Master Forms List | GEN 0001 |
| Absolute Asbestos Exclusion | FM 101.0.1252 (0500) |
| Absolute Silica/Silicosis Exclusion | FM 101.0.2115 (0703) |
| Additional Insured – Owners, Lessees or Contractors | CG 20 10 (0704) |
| Additional Insured – Owners, Lessees or Contractors | CG 20 37 (0704) |
| Advertising, Broadcasting, Publishing and Telecasting Excl. | FM 101.0.1184 (0989) |
| Commercial General Liability Coverage Form | CG 00 01 (1001) |
| Common Policy Conditions | IL 0017 (1198) |
| Computer Related and Other Electronic Problems Exclusion | FM 101.0.2112 (0503) |
| Cross Suits By Named Insured Exclusion | CFSGL 103 |
| Definition of Gross Sales | CFSGEN1 |
| Designated Construction Project(s) Gen. Agg Limit with Cap | CFSGL 118 |
| Disclosure Pursuant to Terrorism Insurance Act of 2002 | FM 2.0.838 (0203) |
| Earned Premium & Composite Rate Endorsement | CFS GEN12 (1204) |
| EIFS/DEFS Exclusion | FM 101.0.1948 (1001) |
| Employment Related Practices Exclusion | CG 21 47 (0798) |
| Employee Benefits Liability Coverage | CG 04 35 (0202) |
| Exclusion of Certified Acts of Terrorism | CG 21 73 (1202) |
| Exclusion – Contractors – Professional Liability | CG 22 79 (0798) |
| Exclusion – Coverage C Medical Payments | CG 21 35 (1001) |
| Exclusion – Designated Operations Covered by a Consolidated (Wrap-Up) | CG 21 54 (0196) |
| Exclusion – Real Estate Agents or Brokers Errors or Omissions | CG 23 01 (1204) |
| Exclusion – Violation of Statutes that Govern E-mails, Fax Phone Calls or other Methods of sending Material | CG 00 67 (0305) |
| Fungi or Bacteria Exclusion | CG 21 67 (0402) |
| Independent Contractor(s) Insurance Agreement | CFSGL 114 (0505) |
| Lead Exclusion | FM 600.0.955 (0999) |
| Multi-Media Activity Exclusion | CFSGL 151 |
| Nuclear Energy Liability Exclusion Endorsement | IL 00 21 (0498) |
| Occupational Disease Exclusion | FM 101.0.1369 (0999) |
| Punitive or Exemplary Damages Exclusion | FM 101.0.1203 (1189) |
| Real Estate Property Managed | CG 22 70 (1185) |
| Service of Process Clause | GEN 0002 |
| Self- Insured Retention Endorsement | CFSGL 164a (0505) |
| State Operations Exclusion | CFSGL 158 (1204) |
| Subsidence Exclusion | FM 101.0.1185 (0101) |
| Total Pollution Exclusion with A Hostile Fire Exclusion | CG 21 55 (0999) |
| Waiver of Transfer of Rights of Recovery | CG 24 04 (1093) |
| War Liability Exclusion | CG 00 62 (1202) |

GEN 0001

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.          Policy No. GLO097978

Company:  Crum & Forster Specialty              Endorsement No. 001

Producer: All Risk Limited                       Effective Date:

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A [ X ]

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below |
| | Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | X Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | Total of schedule reduced by |
| | To a total of | To a total of |

The Named Insured is amended to include the following as per FM 100.0.14 attached.
Form CFSGL 163   Continuous or Progressive Injury and Damage Exclusion is added to the policy.

| | Additional Premium | Return Premium |
|---|---|---|
| Premium Payable at Endorsement Effective Date | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Total Endorsement Premium to Policy Expiration | | | | |
|---|---|---|---|---|

All other terms and conditions remain unchanged.

Authorized Representative

FM 101.0.1403 (10/93)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In consideration of the premium charged, It is hereby understood and agreed that this insurance does not apply to "bodily injury" or "property damage" which has first occurred , or alleged to have first existed, or begun to occur prior to the effective date of this policy, regardless of whether:

(1) such "bodily injury" or "property damage" continues to occur, for any reason, on or after the effective date of this policy; and/or,

(2) repeated or continued exposure to conditions, which caused such "bodily injury" or "property damage", occurs on or after the effective date of this policy, and causes additional, progressive or further "bodily injury" or "property damage".

This exclusion applies whether or not the insured's legal obligation to pay damages has been established as of the effective date of this policy.

CFSGL163 (0405)



## NAMED INSURED LISTING ENDORSEMENT

This endorsement forms a part of policy No: GLO 097978

Issued by Crum & Forster Specialty Insurance Company

It is agreed that item 1 (Name of Insured) of the declarations is as follows:

Altman Contractors, Inc.
Altman Development Corporation
Symphony Towers LLLP
Boat Fair, Inc.
Kirkland Crossing Limited Partnership, A Florida Limited Partnership
The Preserve at Kirkland Crossing LLLP,  A Florida LLLP
CG Windsor Lakes LLC
Windsor Lakes LLC
The Preserve at Windsor Lakes LLC
The Preserve At Melbourne LLC, The Preserve at Longleaf
Astor-Delray LLLP
Sharborage Cottage-Stuart LLLP

All other terms and conditions of this policy remain unchanged.

Authorized Representative

FM 100.0.14 (4/83)

**Crum&Forster**

# COMMERCIAL GENERAL LIABILITY POLICY

## DECLARATIONS

POLICY NUMBER: GLO 097978

| DATE ISSUED: 02/15/2006 | REPLACEMENT OF: GLO 057306 |
|---|---|

| ITEM 1. | NAMED INSURED & ADDRESS: | Altman Contractors, Inc. Altman Development Corporation 1515 S. Federal HWY, Suite 300 Boca Raton, FL 33432 |
|---|---|---|
| | Named Insured's Business: Real Estate Developers | Form of Business: Corporation |
| 2. | POLICY PERIOD: POLICY COVERS FROM: 02/01/06 | TO: 02/01/07 |

12:01 A.M. Standard Time at the Named Insured's address stated above

| 3. | COVERAGE IS PROVIDED BY: | REPRESENTATIVE: |
|---|---|---|
| | | Number: 83855 |
| | Crum & Forster Specialty Insurance Company (A Stock Company) 305 Madison Avenue Morristown, NJ 07962 | Broker All Risk Limited Telephone Number: 866-350-6885 Office Address: 1001 N. US Highway Suite 304 Town, State & Zip: Jupiter, FL 33477 |

| 4. | LIMITS OF INSURANCE: (The Limits of Insurance are the amounts shown below.) | |
|---|---|---|
| | (a) GENERAL AGGREGATE LIMIT (Other Than Products/Completed Operations) | $2,000,000 |
| | (b) PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| | (c) PERSONAL & ADVERTISING INJURY LIMIT | $2,000,000 |
| | (d) EACH OCCURRENCE LIMIT | $1,000,000 |
| | (e) DAMAGE TO PREMISES RENTED TO YOU LIMIT | $50,000 |
| | (f) MEDICAL EXPENSE LIMIT | Excluded |

| 5. | SELF INSURED RETENTION: See CFSGL 1646 Attached |
|---|---|
| | Applies ☒ Per Claim Applies ☐ Per Occurrence |

| 6 | POLICY JACKET, SCHEDULES, FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT INCEPTION (Number and Edition Date) AS PER MASTER FORMS LIST ATTACHED. |
|---|---|
| | Location of All Premises You Own, Rent or Occupy  See Schedule of Locations on file with Company. |

| 7. | DEPOSIT PREMIUM: $350,657 | MINIMUM ANNUAL PREMIUM: $350,657 |
|---|---|---|
| | PREMIUM SUBJECT TO ADJUSTMENT: Yes ☒  No ☐ | |

Authorized Representative

THESE DECLARATIONS, TOGETHER WITH POLICY JACKET, MASTER FORMS LIST, SCHEDULES AND ENDORSEMENTS, IF ANY, ARE ISSUED AS PART OF, AND IN THE COMPLETION OF THE ABOVE NUMBER POLICY.

CGLDecDedOcc 09 13 05

This insurance is issued pursuant to the Florida Surplus Lines law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

**Crum & Forster Specialty Insurance Company**
**An Arizona Corporation**
**Home Office: Phoenix Arizona**

(A Capital Stock Company)

SIGNATURE                                          SIGANTURE

Mary Jane Robertson                          Valarie J. Gasparik
President                                              Secretary

GEN 007 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MASTER FORMS LIST

The following forms and endorsements are attached to this policy effective at inception:

| FORM TITLE | FORM NUMBER |
|---|---|
| Declarations Page | CGL Dec Occ Ded 03 01 02 |
| Signature Page – Crum & Forster Specialty | GEN 007 (0704) |
| Master Forms List | GEN 0001 |
| Absolute Asbestos Exclusion | FM 101.0 1252 (0500) |
| Absolute Silica/Silicosis Exclusion | FM 101.0.2115 (0703) |
| Additional Insured – Owners, Lessees or Contractors | CG 20 10 (0704) |
| Additional Insured – Owners, Lessees or Contractors | CG 20 37 (0704) |
| Advertising, Broadcasting, Publishing and Telecasting Excl. | FM 101.0.1184 (0989) |
| Commercial General Liability Coverage Form | CG 00 01 (1001) |
| Common Policy Conditions | IL 0017 (1198) |
| Computer Related and Other Electronic Problems Exclusion | FM 101.0.2112 (0503) |
| Conditional Exclusion of Terrorism | CG 21 87 (0504) |
| Cross Suits By Named Insured Exclusion | CFSGL 103 |
| Definition of Gross Sales | CFSGEN1 |
| Designated Construction Project(s) Gen. Agg Limit with Cap | CFSGL 118 |
| Disclosure Pursuant to Terrorism Insurance Act of 2002 | FM 2.0.838 (0203) |
| Earned Premium & Composite Rate Endorsement | CFS GEN12 (1204) |
| EIFS/DEFS Exclusion | FM 101.0.1948 (1001) |
| Employment Related Practices Exclusion | CG 21 47 (0798) |
| Employee Benefits Liability Coverage | CG 04 35 (0202) |
| Exclusion of Certified Acts of Terrorism | CG 21 75 (1202) |
| Exclusion – Contractors – Professional Liability | CG 22 79 (0798) |
| Exclusion – Coverage C Medical Payments | CG 21 35 (1001) |
| Exclusion – Designated Operations Covered by a | CG 21 54 (0196) |
| Consolidated (Wrap-Up) | |
| Exclusion – Real Estate Agents or Brokers Errors or Omissions | CG 23 01 (1204) |
| Exclusion – Violation of Statutes that Govern E-mails, Fax | CG 00 67 (0305) |
| Phone Calls or other Methods of sending Material | |
| Fungi or Bacteria Exclusion | CG 21 67 (0402) |
| Independent Contractor(s) Insurance Agreement | CFSGL 114 (0505) |
| Lead Exclusion | FM 600.0.955 (0999) |
| Multi-Media Activity Exclusion | CFSGL 151 |
| Nuclear Energy Liability Exclusion Endorsement | IL 00 21 (0498) |
| Occupational Disease Exclusion | FM 101.0.1369 (0999) |
| Punitive or Exemplary Damages Exclusion | FM 101.0.1203 (1189) |
| Real Estate Property Managed | CG 22 70 (1185) |
| Service of Process Clause | GEN 0002 |
| Self- Insured Retention Endorsement | CFSGL 164a (0505) |
| State Operations Exclusion | CFSGL 158 (1204) |
| Total Pollution Exclusion with A Hostile Fire Exclusion | CG 21 55 (0999) |
| Waiver of Transfer of Rights of Recovery | CG 24 04 (1093) |
| War Liability Exclusion | CG 00 62 (1202) |

## ABSOLUTE ASBESTOS EXCLUSION

It is agreed that:

1. This policy does not apply to "bodily injury", "property damage", or "personal or advertising injury" in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

2. This policy does not apply to "economic loss", "diminution of property", "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

3. This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

For the purpose of this exclusion only, the following additional terms are defined:

"Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement.

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

FM 101.0.1252  05 00

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ABSOLUTE SILICA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART:

It is agreed that:

1. This policy does not apply to "bodily injury", "property damage", or "personal and advertising injury" in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica, or any product or action used or taken to protect any person from exposure to silica in any form.

2. This policy does not apply to "economic loss", "diminution of property", "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.

3. This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.
   For the purpose of this exclusion only, the following additional terms are defined:

   "Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement.

   "Diminution of property" means the diminishing or lessening in value of property.

   "Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

   "Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

FM 101.0.2115 07 03

POLICY NUMBER: GLO 097978

COMMERCIAL GENERAL LIABILITY
CG 20 37 07 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| AS REQUIRED BY WRITTEN CONTRACT | AS REQUIRED BY WRITTEN CONTRACT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

© ISO Properties, Inc., 2004

POLICY NUMBER: GLO 097978

COMMERCIAL GENERAL LIABILITY
CG 20 10 07 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| AS REQUIRED BY WRITTEN CONTRACT | AS REQUIRED BY WRITTEN CONTRACT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2004

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ADVERTISING, BROADCASTING, PUBLISHING AND TELECASTING EXCLUSION

This policy does not apply to:

1. Oral or written publication of material that slanders or libels a person or organization, or disparages a person's or organization's goods, products, or services;

2. Oral or written publication of material that violates a person's right of privacy;

3. Piracy, unfair competition, misappropriation or advertising ideas or style of doing business; or

4. Infringement of copyright, title or slogan;

committed by an "Insured" whose business is Advertising, Broadcasting, Publishing or Telecasting.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.

Policy # _____

Effective on and after _____ 12:01 am standard time

Issued to _____

Countersigned by _____
                        Authorized Representative

FM101.0.1184 (0989)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMPUTER RELATED AND OTHER ELECTRONIC PROBLEMS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

2. Exclusions

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of:

1.   any actual or alleged failure, malfunction or inadequacy of:

a. any of the following, whether belonging to any insured or to others:
   (1) Computer hardware, including microprocessors;
   (2) Computer application software;
   (3) Computer operating systems and related software;
   (4) Computer networks
   (5) Microprocessors (computer chips) not part of any computer system; or
   (6) Any other computerized or electronic equipment or components; or

b. any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph a. above due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times, including the year 2000 and beyond.

2. any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for any insured to determine, rectify or test for, any potential or actual problems described in paragraph 1.above.

Countersigned by _____
                         Authorized Representative

FM 101.0.2112 0503

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CROSS SUITS BY NAMED INSUREDS EXCLUSION

It is agreed that this policy does not apply to "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" arising out of "Suits" brought by any "Named Insured" against another "Named Insured".

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.

Policy # _____

Effective on and after _____  12:01 am standard time

Issued to _____

Countersigned by _____
                              Authorized Representative

CFS GL 103

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## DEFINITION OF GROSS SALES

1.   Definition
     The gross amount charged by the Named Insured, concessionaires of the Named Insured
     or by others trading under the insured's named for:

     a.   All goods or products sold or distributed during the Policy Period;
     b.   Operations performed during the Policy Period; and
     c.   Rentals during the Policy Period;
     d.   Dues or fees during the Policy Period.

2.   Inclusions
     The following items shall not be deducted from gross sales as determined above:

     a.   Foreign exchange discounts;
     b.   Freight allowance to customers;
     c.   Total sales of consigned goods and warehouse receipts;
     d.   Trade or cash discounts;
     e.   Bad debts; and
     f.   Repossession of items sold on installments (amounts actually collected).

3.   Exclusions
     The following items shall be deducted from gross sales:

     a.   Sales or excise taxes which are collected and submitted to a governmental
          division;
     b.   Credits for repossessed merchandise and products returned.  Allowances for
          damaged and spoiled goods;
     c.   Finance charges for items sold on installments;
     d.   Freight charges on sales if freight is charged as a separate item on customer's
          invoice; and
     e.   Royalty income from patent rights or copyrights which are not product sales.

This endorsement is a part of your policy and takes effect on the effective date of your policy,
unless another effective date is shown below.

Complete only when this endorsement is not prepared with the policy or is not to be effective with the
policy.
Policy # _____
Effective on and after _____  12:01 am standard time
Issued to _____

Countersigned by _____                                    Date: _____
                    Authorized Representative

CFSGL 186 01 06

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT WITH CAP

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE

SCHEDULE

Designated Construction Projects:

**All projects where required by written contract.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

   1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

      However, the most we will pay under the Designated Construction Project General Aggregate Limit for all projects combined is $5,000,000.

   2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazards", regardless of the number of:

      a. Insureds;
      b. Claims made or "suits" brought: or
      c. Persons or organizations making claims or bringing "suits".

   3. Any payments made under COVERAGE A for damages shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

CFSGL118

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under COVERAGE A for damages shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

D. If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CFSGL118

POLICY NUMBER: GLO 097978                                    FM2.0.838 02 03

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN
RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK
INSURANCE ACT OF 2002. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE
OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002

# NO COVERAGE



**SCHEDULE***

Terrorism Premium (Certified Acts) $ **not applicable**

Additional information, if any, concerning the terrorism premium:

You have rejected coverage for acts of terrorism (as defined in Section 102(1) of the Terrorism Risk
Insurace Act of 2002). This policy contains one or more exclusions that apply to acts of terrorism.

*       Information required to complete this Schedule, if not shown on this endorsement, will be shown
in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk
Insurance Act of 2002, we are required to provide
you with a notice disclosing the portion of your
premium, if any, attributable to coverage for
terrorist acts certified under that Act. The portion
of your premium attributable to such coverage is
shown in the Schedule of this endorsement or in
the policy Declarations.

**B. Disclosure Of Federal Participation In Payment
Of Terrorism Losses**

The United States Government, Department of the
Treasury, will pay a share of terrorism losses
insured under the federal program. The federal
share equals 90% of that portion of the amount of
such insured losses that exceeds the applicable
insurer retention.

# ENDORSEMENT

This endorsement, issued by **CRUM & FORSTER SPECIALTY INSURANCE COMPANY**, forms a part of the policy to which it is attached.

## EARNED PREMIUM AND COMPOSITE RATE ENDORSEMENT

In consideration of Crum & Forster's acceptance of this insurance, the Named Insured hereby agrees that the minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

1. In the event of cancellation of this policy by the Named Insured, the Minimum Premium retained by the Company for this policy is the greater of:

   - **25%** of the Advance and Deposit Premium
   - Short rate or pro-rata of the Advance and Deposit Premium
   - Audit Premium

   For the purpose of this policy, terms are defined as follows:

   Advance and Deposit Premium – that premium which is stated in the policy declarations and payable in full by the Insured at policy inception.

   Minimum Premium – the lowest premium for which this insurance will be written for the policy period.

2. Failure by the Named Insured to remit premium payments when due shall be considered a request by the Named Insured for the Company to cancel this policy. Cancellation shall be computed in accordance with paragraph 1 above.

3. In the event of cancellation of this policy by the Company for reasons other than nonpayment of premium, the earned premium for this policy shall be computed on a pro-rata basis, subject, however to final premium adjustment in accordance with our rules, rates and the Premium Audit provisions of this policy. A twenty five percent (25%) absolute minimum earned premium shall apply.

4. The premium entered on the Declarations page of this policy as ADVANCE PREMIUM is a provisional premium only and is subject to upward adjustment only in accordance with our rules, rates and the Premium Audit provisions of this policy. Premium adjustments effected as a result of premium audits will be done after the policy is no longer in effect, but may be done by the Company while the policy is in effect.

5. The amount entered as ADVANCE PREMIUM on the Declarations page of this policy has been computed on a composite rate basis for both "bodily injury" and "property damage" as follows:

| Exposure Basis | Estimated Exposure | x | Composite Rate | = ADVANCE PREMIUM |
|---|---|---|---|---|
| Gross Sales: | $ 51,190,768 | X | $6.85 | = $350,657 |
| Uninsured Subcontractor Cost | | X | $65.00 | = TBD |

If the Exposure Basis is Payroll, then the Composite Rate shall be applied per thousand dollars of Payroll. If the Exposure Basis is Gross Sales, then the Composite Rate shall be applied per thousand dollars of Gross Sales. If the exposure is Cost, then the composite rate shall be applied per thousand dollars of cost.

CFS GEN 12 (1204)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EIFS/DEFS EXCLUSION

This insurance does not apply to "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" arising directly or indirectly out of "your EIFS/DEFS product" or "your EIFS/DEFS work" as defined below.

"Your EIFS/DEFS product" means:

The following goods or products manufactured, sold, handled, distributed or disposed of by you, others trading under your name, or by any other or person or entity directly or indirectly for you or on your behalf:

1. "Exterior insulation and finish system", defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

   a. rigid or semi-rigid insulation board made of expanded polystyrene or other materials; and
   b. the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate; and
   c. a reinforced base coat, or base coat and mesh; and
   d. a finish coat, providing a surface texture, to which coat color may be added.

2. "Direct exterior finish system", defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

   a. sheathing applied to a structure's framing or substrate; and
   b. a reinforced base coat; or base coat and mesh; and
   c. a finish coat providing surface texture, to which coat color may be added.

"Your EIFS/DEFS product" includes:

   i. Warranties or representations made at any time with respect to the fitness, quality, durability, performance of "your product"; and
   ii. The providing of or failure to provide warnings or instructions.

"Your EIFS/DEFS work" means:
The following work or operations performed by you or by any person or entity working directly or indirectly for you or on your behalf:

1. The design, manufacture, construction, fabrication, preparation, installation, application, maintenance, repair, including remodeling, service, correction or replacement of an "exterior insulation and finish system", or a "direct exterior finish system", or any part of either system, or any substantially similar system; or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a system.

FM 101.0.1948  (1001)                                        Page 1 of 2

2. Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" or a "direct exterior finish system" is used on any part of that structure.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| --- |
| Policy # _____ |
| Effective on and after _____ 12:01 am standard time. |
| Issued to _____ |
| Countersigned by _____<br>Authorized Representative |

FM 101.0 1948 (1001)                                                    Page 2 of 2

POLICY NUMBER:  GLO 097978

COMMERCIAL GENERAL LIABILITY
CG 04 35 02 02

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Limit Of Insurance | | Deductible | | Premium |
|---|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | $1,000 | each employee | INCLUDED |
| | $1,000,000 | aggregate | | | |

Retroactive Date:  02/01/2003

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A. The following is added to Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph E. (Section III – Limits Of Insurance); and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to damages only if:

(1) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

(2) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

(3) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph G. of this endorsement.

c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

(1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

© ISO Properties, Inc., 2001

(2) When we make settlement in accordance with Paragraph 1.a. above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

## 2. Exclusions

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

c. **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments — Coverages A and B are replaced by Supplementary Payments — Coverages A, B and Employee Benefits Liability.

2. Paragraphs 1.b. and 2. of the Supplementary Payments provision do not apply.

C. For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 4. of Section II – Who Is An Insured are replaced by the following:

2. Each of the following is also an insured:

a. Each of your "employees" who is or was authorized to administer your "employee benefit program".

b. Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

   © ISC Properties, Inc., 2001   CG 04 35 02 02   □

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, Paragraph 3. of **Section II – Who Is An Insured** does not apply.

**E.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

  **1. Limits Of Insurance**

   a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

    (1) Insureds;

    (2) "Claims" made or "suits" brought;

    (3) Persons or organizations making "claims" or bringing "suits";

    (4) Acts, errors or omissions; or

    (5) Benefits included in your "employee benefit program".

   b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

    (1) An act, error or omission; or

    (2) A series of related acts, errors or omissions

    negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

  **2. Deductible**

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

    (1) Our right and duty to defend any "suits" seeking those damages; and

    (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim";

   apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

© ISO Properties, Inc., 2001

F. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of Section IV – Conditions are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

b. If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

a. **Primary insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission or other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

© ISO Properties, Inc., 2001

CG 04 35 02 02   □

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each Insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

   a. This endorsement is canceled or not renewed; or

   b. We renew or replace this endorsement with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      (2) Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The "employee benefit programs" insured;

b. Previous types and amounts of insurance;

c. Limits of insurance available under this endorsement for future payment of damages; and

d. Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph **E.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **E.1.c.**

**H.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

© ISO Properties, Inc., 2001

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans, transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

I. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the **Definitions** Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

 © ISO Properties, Inc., 2001 CG 04 35 02 02

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person.

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 Copyright, Insurance Services Office, Inc., 1997 □

COMMERCIAL GENERAL LIABILITY
CG 21 75 12 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism" or an "other act of terrorism". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs 1. and 2. describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

   a. The act resulted in aggregate losses in excess of $5 million; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. In the event of any incident of a "certified act of terrorism" or an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

© ISO Properties, Inc., 2002
CG 21 75 12 02

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor, and

   b. Providing, or hiring independent professionals to provide engineering, architectural or surveying services in connection with construction work you perform

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

          Copyright, Insurance Services Office, Inc., 1997              □

POLICY NUMBER: GLO 097978

COMMERCIAL GENERAL LIABILITY
CG 21 35 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
| --- |
|  |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage C – Medical Payments does not apply and none of the references to it in the Coverage Part apply, and

2. The following is added to Section I – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

POLICY NUMBER: GLO 097978

COMMERCIAL GENERAL LIABILITY
CG 21 54 01 96

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Description and Location of Operation(s):

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect

Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL GENERAL LIABILITY
CG 23 01 12 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2. **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

2. Exclusions

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

2. Exclusions

This insurance does not apply to:

Fungi or Bacteria

a. "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

Fungi or Bacteria

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the Definitions Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2001

ENDORSEMENT

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## INDEPENDENT CONTRACTOR(S) INSURANCE AGREEMENT

This endorsement modifies the insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that the following Condition is added to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:

10.   a. It is agreed that any independent contractor(s) or subcontractor(s) utilized by you shall have Commercial General Liability insurance of the type described in the schedule below and with limits of insurance equal to or greater than those shown in the Schedule below.

b. It is further agreed that you will obtain a certificate of insurance from your independent contractor(s) or subcontractor(s), issued by an insurance company, or their parent company, rated in the most current annual edition of the A.M. Best Guide of not less than 'A minus' – Class Size VII, stating that you have been named as Additional Insured on the contractor(s) or subcontractor(s) insurance policy.  The Additional Insured endorsement utilized must be 'ISO' form CG 2010 and CG 2037 (07/04 edition) or broader wording in your favor.

### SCHEDULE

### INDEPENDENT CONTRACTOR(S) OR SUBCONTRACTOR(S) INSURANCE SCHEDULE

Coverage: Commercial General Liability   Occurrence Form
LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit:<br>(Other than Products – Completed Operations) | $2,000,000 |
| Products – Completed Operations Aggregate Limit: | $1,000,000 |
| Personal & Advertising Injury Limit: | $1,000,000 |
| Each Occurrence Limit: | $1,000,000 |

Page 1 of 2

CFSGL114 05 05

Your failure to obtain the certificate(s) of insurance as described above will not invalidate the insurance provide to you by this policy or relieve us of our obligation to you under the terms of this policy except as stated below. However, for the purposes of determining the earned premium due us at audit, we will apply the rate shown for uninsured subcontractor costs on the 'EARNED PREMIUM AND COMPOSITE RATE ENDORSEMENT' against the amount of subcontracted work for which you did not obtain a certificate of insurance.

It is further agreed that Section IV – item 4. 'Other Insurance' and Section IV – item 5. 'Premium Audit' of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended with the following additional conditions:

4. Other Insurance
    b. Excess Insurance

This insurance is excess over:

(1) Any other insurance available to you as an additional insured from any independent contractor(s) or subcontractor(s) or on any other basis, whether such insurance is primary, excess, or contingent.

The remainder of Condition '4', remains unchanged.

5. Premium Audit

d. The Named Insured must keep copies of all certificates of insurance obtained from all independent contractor(s) or subcontractor(s) in accordance with the Independent Contractor(s) Insurance Schedule.

All other Terms and conditions of this insurance remain unchanged.

Page 2 of 2

CFSGL114 05 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## LEAD EXCLUSION

This policy does not apply to:

1. "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" in any way or to any extent arising out of the actual, alleged or threatened exposure to lead or any substance containing lead.

2. "Economic Loss", "Diminution of Property", "Abatement Costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving lead or any substance containing lead.

3. Any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any "Claim" or "Suit" arising out of or involving lead or any substance containing lead.

For the purpose of this exclusion, the following additional terms are defined:

"Abatement Costs" mean any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal, replacement, or treatment.

"Diminution of Property" means the diminishing or lessening in value of property.

"Economic Loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture, utilization, or existence of a substance or product.

"Equitable Relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.

Policy No. _____

Effective on and after _____ 12:01a.m. standard time

Issued to _____

Countersigned by: _____
                              Authorized Representative

FM 600.0.955 (0999)



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

*Named Insured: Altman Contractors, Inc                    Policy No. GLO 097978

*Company: C&F Specialty                                    Effective Date: 02/01/06

* This information is completed only when this endorsement is issued subsequent to preparation of policy.

## MULTI-MEDIA ACTIVITY EXCLUSION

In consideration of the premium charged, it is agreed that this insurance shall not apply to liability arising out of or resulting from "Multi-Media Activity".

"Multi-Media Activity" means creating, producing, distributing, exhibiting, broadcasting, advertising or publicizing "Matter".

"Matter" means printed, verbal, numerical, audio or visual expression, or any other form of expression, fixed in software or any other medium.

All other terms and conditions remain unchanged

                                                            Authorized Representative

CFSGL151

INTERLINE
IL 00 21 04 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

Copyright, Insurance Services Office, Inc., 1997

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## OCCUPATIONAL DISEASE EXCLUSION

This policy does not apply to "Bodily Injury" caused by "Occupational Disease" to any employee of any "Insured" which arose out of and in the course of his employment by any "Insured" or to any obligation of any "Insured" to indemnify because of liability arising out of such occupational disease.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

---

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.

Policy Number: _____

Effective on and after _____ 12:01 am standard time.

Issued to _____

---

Countersigned by _____

Authorized Representative

FM 101.0.1369 (0999)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

This policy does not apply to punitive or exemplary damages, fines or penalties.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.

Policy # _____

Effective on and after _____ 12:01 am standard time.

Issued to _____

Countersigned by _____
                            Authorized Representative

EM 101.0.1203 (1189)

COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

Copyright, Insurance Services Office, Inc., 1984

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
## SELF-INSURED RETENTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

It is understood and agreed that such insurance as provided by this policy is modified and subject to the following provisions:

1. Our total limit of liability as stated in the policy declarations shall apply in excess of the retained limit (herein called the Self-Insured Retention) as stated in the endorsement, and the Named Insured agrees to assume this retained limit:

   Self Insured Retention (SIR):

| Amount and Basis of SIR | | Coverage |
|---|---|---|
| $ --------- | per occurrence | Bodily Injury Liability and/or Premises/Operations Property Damage Liability, Personal Injury and/or Advertising Injury Liability, and Medical Payments, Products-Completed Operations Property Damage Combined* |

or

| | | |
|---|---|---|
| $ 10,000 | per claim | Bodily Injury Liability, and/or Premises/Operations Property Damage Liability, Personal Injury and/or Advertising Injury Liability Combined * |
| $ 50,000 | per claim | Products-Completed Operations Property Damage |

*This includes "personal injury" and "advertising injury" or "personal and advertising injury" depending on the coverage actually provided in the policy to which this endorsement applies.

Page 1 of 5

CFSGL164a (05 05)

2.   The above limits apply as follows:

**Per Occurrence Basis:** If the Self-Insured Retention limit indicated in the schedule above is on a Per Occurrence basis, the Self-Insured Retention applies as follows:

1. Under Bodily Injury and/or Property Damage Liability and Medical Payments combined, to all damages and medical expenses because of "bodily injury" and "property damage" as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence";

2. Under Personal and Advertising Injury Liability, combined, to all damages because of "Personal and Advertising Injury" combined as the result of any one offense regardless of the number of persons or organizations who sustain damages because of that offense.

**Per Claim Basis:** If the Self-Insured Retention limit indicated in the schedule is on a Per Claim basis, the Self-Insured Retention applies as follows:

1. Under Bodily Injury and/or Property Damage Liability and Medical Payments, combined, to all damages and medical expenses sustained by any one person or organization because of "bodily injury" and "property damage", combined, as the result of any one "occurrence".

2. Under Personal and Advertising Injury Liability, combined, to all damages arising out of "personal injury" and "advertising injury" sustained by any one person or organization because of any one offense.

3. If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate Self-Insured Retention will be applied.

3.   Our obligation to pay damages and defend claims or "suits" under this policy applies only when the amount of the Self-Insured Retention has been exhausted by the insured's payment of damages and or "Claims Expense" that would be covered by this policy but for the application of the Self-Insured Retention.

The Insured shall have the obligation to provide, at his own expense, proper defense and investigation of any claim or "suit" and to accept any reasonable offer of settlement within the Self-Insured Retention. The Insured's obligation to provide for his own defense is terminated upon the exhaustion of the Self-Insured Retention referenced above. Compliance with this clause is a condition precedent for coverage under this policy. In the event of the failure of the Insured to comply with this clause, no loss, cost or expense shall be payable by the Company.

CFSCL164a (0505)

4.   For the purposes of this endorsement, the term "Claims Expense" will include all fees, costs, charges and expenses generated by attorneys designated to represent the insured, and all other costs, charges and expenses incurred in the investigation, adjustment, settlement, arbitration, defense or appeal of any claim to which this insurance otherwise applies. "Claims Expense" will not include the cost of investigating or adjusting a claim by salaried employees of the insured, the insured's third party administrator (hereafter called TPA), wages or salaries of any employees of any insured and/or operating expense of any insured.

5.   In the event of a claim or claims arising which appear likely to exceed the Self-Insured Retention, no costs, other than adjusting expenses, shall be incurred by the Insured without the written consent of the Company. Furthermore, no insureds will, except at their own cost, make a payment, assume any obligation, or incur any expense, other than that for first aid, in excess of the "Self Insured Retention" limit without our consent.

6.   We shall have the right in all cases, but not the obligation, to assume control of the investigation, defense and/or settlement of any claim or "suit" and upon written request from us the Insured shall pay directly any expense or loss incurred by us in the investigation, defense, settlement and/or satisfaction of judgment of any claim or "suit" within the Self-Insured Retention.

7.   Amended Section IV - Commercial General Liability Conditions 2 - "Insured's Duties in the Event of Occurrence, Claim or Suit" is eliminated from the Policy in its entirety and the following wording substituted therefore:

   a)   The Insured or his TPA shall provide us with loss runs on a quarterly basis of all claims which may affect this policy. Such reports shall include the name of the claimant, date of loss, description of loss, type of injury, the amount of paid loss and expense and the estimated future amount of loss and expense. Each report is to be submitted with twenty (20) days following the end of each quarterly period and they will apply in addition to the items listed in Paragraph 5(c) below.

   b)   The Insured or the TPA shall report promptly to us each claim or loss for which the estimated amount of net loss is 50% or more of the Self-Insured Retention listed above.

   c)   The Insured or the TPA shall report all cases of serious injury which, notwithstanding consideration of liability or coverage might involve this insurance but not limited to the following:

CFSGL164a (0505)

1)  Cord injury – paraplegia, quadriplegia;
2)  Amputations – requiring a prosthesis;
3)  Brain damage affecting mentality or central nervous system such as permanent disorientation, behavior disorder, personality change, seizures, motor deficit, inability to speak (aphasia), hemiplegia or unconsciousness (comatose);
4)  Blindness;
5)  Burns – involving over 10% of body with third degree, or 30% of body with second degree;
6)  Multiple fractures – involving more than one member or non-union;
7)  Fracture of both heel bones (fractured bilateral or calcis);
8)  Nerve Damage causing paralysis and loss of sensation in arm and hand (brachial plexus nerve damage);
9)  Massive internal injuries affecting body organs;
10)  Injury to nerves at base of spinal canal (Cauda Equina) or any other back injury resulting from incontinence of bowel and/or bladder;
11)  Fatalities;
12)  Any other serious injury, which, in the judgment of the Insured, might involve the Company;
13)  Rape.
14)  All construction defect claims.

d)  The insured shall also notify us of:
(1) A potential or actual error or omission in the handling of a claim by the insured or its claim service administrator.
(2) A potential or actual conflict of interest between any insured, its claim service administrator or us.

It is agreed that the above reporting requirements shall be a condition precedent to coverage.  Notwithstanding the above provisions the responsibility to guarantee proper reporting remains that of the Insured.  The failure of the insured to comply with the reporting requirements may result in a denial of coverage under the policy.

e)  The Insured must cooperate with us and, upon our request, assist in the investigation, settlement or defense of the claim or "suit". Assist us, upon request, in the enforcement any right of contribution or indemnity against any person or organization who may be liable to the Insured because of liability with respect to which insurance is afforded under the policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining witnesses.

8.     The insured shall at all times:

    a)     Give to us, or our duly appointed representatives, such information, assistance, and signed statements as we may require, and

    b)     Assist in the defense of any claim without charge to us.

9.     The insured shall indemnify and hold us harmless from and against any and all damages, costs and expenses, including but not limited to adjusting expenses and attorneys' fees incurred by us in the investigation, defense, settlement and/or satisfaction of judgment of any claim or "suit" within the Self-Insured Retention.

    The Insured shall further indemnify and hold us harmless from and against any and all costs incurred by us, including but not limited to the reasonable value of our employee services and attorneys' fees incurred in the enforcement of this agreement.

**The following SECTION IV Conditions are replaced as indicated:**

**1. Bankruptcy**

Bankruptcy or insolvency of the Insured or of the insured's estate will not relieve us of our obligations under this Commercial General Liability Coverage Part, however, coverage will apply only to covered liability in excess of the Self Insured Retention. In the event the insured is unable to pay the Self-Insured Retention for any reason including bankruptcy, insolvency or any other financial impairment, this policy will apply as though the Self-Insured Retention were available and collectible.

**4. Other Insurance**

This insurance is excess of all other insurance, except insurance specifically purchased to apply in excess of this insurance, and shall not contribute with any other insurance. This Insurance is excess of the Self Insured Retention in all circumstances. The Self insured Retention can only be reduced or exhausted by your payment of settlements or judgments for damages which would otherwise be covered under the terms of this insurance. It cannot be reduced or exhausted by other insurance that may be available to you unless the other insurance was purchased by you for the specific purpose of reducing or replacing the Self Insured Retention.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under the Commercial General Liability Coverage Part, including payments made under this endorsement, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Page 5 of 5 CFSGL164a (05 05)

## SURPLUS LINES FILING AND POLICY ISSUANCE CRITERIA

### SERVICE OF PROCESS CLAUSE

The Commissioner, Director, or Superintendent of Insurance of the State (or other office specified for the following purpose) in the State of Florida is hereby designated as the true and lawful attorney of the Company upon whom may be served all lawful process in any action, suit, or proceeding arising out of this policy. The Company further designates:

Name:                                            Mary Jane Robertson

Name of Company or Firm:         Crum & Forster Specialty Insurance Co.

Mailing Address:                          305 Madison Avenue
                                                         Morristown, NJ 07962

As its agent in New Jersey to whom such process shall be forwarded by the Commissioner, Director, or Superintendent of Insurance.

ALL STAMPS PLACED ON POLICY OR OTHER DOCUMENTS MUST BE IN RED INK

GEN 0002

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## STATE OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is hereby understood and agreed that this policy does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of "your work" or out of any insured's work, operations or contractual obligations in the following states:

> Alaska
> Arizona
> California
> Colorado
> Hawaii
> Nevada
> New York
> Oregon
> South Carolina
> Washington

This exclusion applies regardless of whether such work or operations are conducted by the insured or on behalf of the insured or whether the operations are conducted for the insured or for others. This exclusion applies to all work and operations whether completed or in progress.

All other terms and conditions of this policy remain unchanged.

CFSGL.58 (1204)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SUBSIDENCE AND EARTH MOVEMENT AND EARTH PRESSURE EXCLUSION

This insurance does not apply to any liability for "Bodily Injury", "Personal and Advertising Injury" or "Property Damage" directly or indirectly arising out of, caused by, resulting from, contributed to or aggravated by "Subsidence and Earth Movement" or "Earth Pressure".  Such loss or damage is excluded regardless of any other cause or event, including any product, work or operation provided or performed by or on behalf of any "Insured", that contributes concurrently or in any sequence to the loss or damage.

It is further agreed that insuring Agreement II, Defense Settlement does not apply to any "Claim" or "Suit" seeking damages excluded by this endorsement.

"Subsidence and Earth Movement" means:  any movement of land, including but not limited to, subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting, bulging, cracking, shrinking or expansion of foundations, walls, roofs, floors, or ceilings, or any other movements of land or earth.

"Earth Pressure" means: pressure exerted by land or earth, whether or not combined with water.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.
Policy # _____

Effective on and after _____  12:01 am standard time

Issued to _____

Countersigned by _____
                        Authorized Representative

FM 101.0.1185  (0101)

COMMERCIAL GENERAL LIABILITY
CG 21 55 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(a) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(b) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998

POLICY NUMBER: GLO 097979

COMMERCIAL GENERAL LIABILITY
CG 24 04 10 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of Person or Organization:**

As required by written contract.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV — COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion i. under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly out of:

a. War, including undeclared or civil war; or

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion h. under Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion g. of Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage A.

© ISO Properties, Inc., 2002

Crum & Forster
Specialty Insurance Co.
CLAIM REPORTING

---

DEAR POLICYHOLDER:

Please Report claims to:

Therese M. Bissonnette
Claim Supervisor
Crum & Forster Specialty Insurance Company
305 Madison Avenue
Morristown, NJ 07962

Phone: 973-490-6599
Fax: 1-877-622-6230
Email: Therese_Bissonnette@cfins.com

All Claims Handling is centralized at this location for Crum & Forster Specialty Insurance Company.

Thank You.

---

305 Madison Avenue PO Box 1973 Morristown New Jersey 07962-1973 TEL (973)490-6600

3/4/2006

## Katie Nehls

| | |
|---|---|
| From: | Katie Nehls [katie.nehls@allrisks.com] |
| Sent: | Saturday, March 04, 2006 2:13 PM |
| To: | David Cooper (E-mail); 'Mary Lynn Arbour' |
| Subject: | Altman Contractors |
| Importance: | High |

David...hey there, when we billed the renewal on this one we didn't enter at the reduced commission that we took. So you are going to be seeing a revised invoice coming in at the 8% commission that we bound at for you. Sorry for the mix up..please let me know if you have any questions on it.

Thanks David!

What's the word on the wrap application from Wood for Agliano?

PLEASE NOTE OUR NEW PHONE NUMBER AND FAX NUMBERS EFFECTIVE 11/15/05!

Katie Nehls
All Risks Ltd.
640 Brooker Creek Blvd.
Suite 405
Oldsmar, FL  34677
(813)327-1030 extension 2002
(866)363-1295 toll free
(813)569-1795 fax
(727)415-3827 cell phone

3/4/2006

## Katie Nehls

| | |
|---|---|
| **From:** | Kimberly Rohe [kimberly.rohe@allrisks.com] |
| **Sent:** | Thursday, March 02, 2006 10:14 AM |
| **To:** | knehls@allrisks.com |
| **Subject:** | Altman Const./GLO0097978 |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, March 03, 2006 10:00 AM |
| **Flag Status:** | Flagged |

Katie,

Goodmorning! Per the carrier, we have this policy booked at the wrong commission. She is saying that it should have been booked at 13% rather than 15. Can you please advise.

Thanks,

Kimberly

1/31/06 BINDING CONFIRMATION SHEET DIVISION 11 2

INSURED: ALTMAN DEVELOPMENT CORPORATION
T/A: ALTMAN CONTRACTORS, INC.
BROKER: 320961 SOMERS-PARDUE INSURANCE
COMMISSION: .1000
EFFECTIVE: 2/01/06 EXPIRES: 2/01/07
U/W: KATIE NEELS
BOUND BY: MARBOUR

INSPECTION REQUESTED? (N)
APPLICATION SET-UP? . ( )
BINDER PRINTED? . . . (Y)
ARE FILINGS DONE? . . (N)
TYPIST . . . . . . . . TAMPA

GL0497918

662 CRUM & FORSTER SPEC. INS. CO. (NON ADMTD) ~~ARB0004449~~
CLASS: B TRAN CODE: 2 COMPANY COMM: .1500

| | QUOTED | BILLED |
|---|---|---|
| PREMIUM: | 350,657.00 | 350,657.00 |
| TAX: | 17,534.60 | 17,534.60 |
| INSP FEE: | .00 | .00 |
| PLCY FEE: | 35.00 | 35.00 |
| SFFL | 876.73 | 876.73 |
| TOTAL: | 369,103.33 | 369,103.33 |

SURPLUS LINES AGENT: [illegible]
[illegible]
[illegible] W. Commercial Blvd. [illegible]
Fort Lauderdale, FL [illegible]
PROD. AGT [illegible]
Street 1175 [illegible]
City [illegible]
[illegible]
[illegible] 876.73
[illegible]

350,657.00

[illegible] SERVICE FEE 876.73



# COMMERCIAL GENERAL LIABILITY POLICY

### DECLARATIONS

POLICY NUMBER: GLO 101124

| DATE ISSUED:  February 7, 2007 | REPLACEMENT OF:  GLO 097978 |
|---|---|

| ITEM | | |
|---|---|---|
| 1. | **NAMED INSURED & ADDRESS:** | |
| | Altman Contractors, Inc.<br>1515 S. Federal Highway, Suite 300<br>Boca Raton, FL 33432 | |
| | Named Insured's Business:  Real Estate Developer | Form of Business:  Corporation |
| 2. | **POLICY PERIOD:  POLICY COVERS FROM:  02/01/07    TO:  02/01/08** | |
| | 12:01 a.m. Standard Time at the Named Insured's address stated above | |
| 3. | **COVERAGE IS PROVIDED BY:** | **REPRESENTATIVE:**<br>Number:  83855 |
| | Crum & Forster Specialty Insurance Company<br>( A Stock Company)<br>305 Madison Avenue<br>Morristown, NJ 07962 | Broker:  All Risks Ltd.<br>Telephone Number:  1-866-363-1295<br>Office Address: 640 Brooker Creek Blvd., Suite 405<br>Town, State & Zip:  Oldsmar, FL 34677 |

| 4. | **LIMITS OF INSURANCE:**   (The Limits of Insurance are the amounts shown below.) | |
|---|---|---|
| | (a) GENERAL AGGREGATE LIMIT (Other Than Products/Completed Operations) | $2,000,000 |
| | (b) PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| | (c) PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 |
| | (d) EACH OCCURRENCE LIMIT | $1,000,000 |
| | (e) DAMAGE TO PREMISES RENTED TO YOU LIMIT | $   50,000 |
| | (f) MEDICAL EXPENSE LIMIT | Excluded |

| 5. | **SELF INSURED RETENTION   SEE CFSGL 164** | |
|---|---|---|
| | Applies ☒ Per Claim | |
| | Applies ☐ Per Occurrence | |

| 6. | **POLICY JACKET, SCHEDULES, FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT INCEPTION (Number and Edition Date) AS PER MASTER FORMS LIST ATTACHED.** |
|---|---|
| | Location of All Premises You Own, Rent or Occupy:  See Schedule of Locations on file with Company. |

| 7. | **DEPOSIT PREMIUM:  $480,022.** | **MINIMUM POLICY PREMIUM: $480,022.** |
|---|---|---|
| | PREMIUM SUBJECT TO ADJUSTMENT: Yes ☒  No ☐ | |

NP 2/13/07

Authorized Representative

THESE DECLARATIONS, TOGETHER WITH POLICY JACKET, MASTER FORMS LIST, SCHEDULES AND ENDORSEMENTS, IF ANY, ARE ISSUED AS PART OF, AND IN THE COMPLETION OF THE ABOVE NUMBER POLICY.

This insurance is issued by an insurer not licensed to do business in Florida and subject to ...
carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of such ...
similar obligation of an insurer ...

CGLDecDedOcc 09 13 05

C&FS000103

**Crum & Forster Specialty Insurance Company**
**An Arizona Corporation**
**Home Office: Phoenix Arizona**

(A Capital Stock Company)

SIGNATURE

Mary Jane Robertson
President

SIGNATURE

Valarie J. Gasparik
Secretary

GEN 007 07 04

C&FS000104

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
**MASTER FORMS LIST**

The following forms and endorsements are attached to this policy effective at inception:

| FORM TITLE | FORM NUMBER |
|---|---|
| Declarations Page | CGLDecDedOcc 09 13 05 |
| Signature Page – Crum & Forster Specialty | GEN 007 07 04 |
| Master Forms List | GEN 0001 |
| Absolute Asbestos Exclusion | CFSGL 202 (0500) |
| Absolute Silica Exclusion | CFSGL 189 (0106) |
| Additional Insured – Owners, Lessees or Contractors | CG 2010 (0704) |
| Additional Insured - Owners, Lessees or Contractors | CG 2037 (0704) |
| Commercial General Liability Coverage Form | CG 00 01 12 04 |
| Common Policy Conditions | IL 0017 (1198) |
| Computer Related and Other Electronic Problems Exclusion | CFSGL 211 |
| Continuous or Progressive Injury or Damage Exclusion | CFSGL 163 (0405) |
| Cross Suits Exclusion | CFSGL 212 |
| Definition of Gross Sales | CFSGL 186 (0186) |
| Designated Construction Projects – General Aggregate Limit with CAP | CFSGL 118 |
| Disclosure Pursuant To Terrorism Risk Insurance Act of 2002 | CFSGL 219 |
| Earned Premium & Composite Rate Endorsement | CFSGL 186 (0106) |
| EIFS/DEFS Exclusion | CFSGL 216 |
| Employee Benefits Liability Coverage | CG 0435 (0202) |
| Employment Related Practices Exclusion | CG 2147 (0798) |
| Exclusion – Contractors Professional Liability | CG 2279 (0798) |
| Exclusion – Coverage C Medical Payments | CG 2135 (1001) |
| Exclusion – Designated Operations Covered by a Consolidated (Wrap-Up) | CG 2154 (0196) |
| Exclusion of Certified Acts of Terrorism and Other Acts Of Terrorism | ~~CG 2473~~  C62173  ~~CFSGL 219~~ |
| Exclusion – Violation of Statutes that govern E-mails, Fax, And Phone Calls | CG 0067 (0305) |
| Fungi or Bacteria Exclusion | CG 2167 (0402) |
| General Purpose Endorsement | CFSGL 218 |
| Independent Contractor(s) Warranty Agreement | CFSGL 114 (0505) |
| Lead Exclusion | CFSGL 223 |
| Multi-Media Activity Exclusion | CFSGL 161 |
| Named Insured Listing | CFSGL 225 |
| Nuclear Energy Liability Exclusion Endorsement | IL0021 0498 |
| Occupational Disease Exclusion | ~~CFSGL 163 (0405)~~ CFSGL226 |
| Punitive or Exemplary Damages | CFSGL 231 |
| Real Estate Agents or Brokers E & O Exclusion | CG 2301 (1204) |
| Real Estate Property Managed | CG 2270 (1185) |
| Self Insured Retention Endorsement | CFSGL 164 (0505) |
| Service of Process Clause | CFSGL 254 |
| State Operations Exclusion | ~~CG 2279 (0798)~~ CFSGL158 |
| Subsidence Exclusion | CFSGL 235 |
| Total Pollution Exclusion with Hostile Fire | CG 2155 (0999) |
| Waiver of Transfer of Rights of Recovery | CG 2404 (1093) |

GEN 0001

## ABSOLUTE ASBESTOS EXCLUSION

It is agreed that:

1. This policy does not apply to "bodily injury", "property damage", or "personal or advertising injury" in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

2. This policy does not apply to "economic loss", "diminution of property", "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

3. This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving asbestos, asbestos fibers, or any product containing asbestos or asbestos fibers.

For the purpose of this exclusion only, the following additional terms are defined:

"Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement,

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

CFSGL202  05 00

C&FS000106

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# ABSOLUTE SILICA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART:

It is agreed that:

1. This policy does not apply to "bodily injury", "property damage", or "personal and advertising injury" in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica, or any product or action used or taken to protect any person from exposure to silica in any form.

2. This policy does not apply to "economic loss", "diminution of property", "abatement costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.

3. This policy provides no coverage for any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any claim or "suit" arising out of or involving silica, silica particles or dust, or any product containing silica or used to control silica or any product or action used or taken to protect any person from exposure to silica in any form.
For the purpose of this exclusion only, the following additional terms are defined:

"Abatement costs" means any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal or replacement.

"Diminution of property" means the diminishing or lessening in value of property.

"Economic loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture or utilization of a good or product.

"Equitable relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

CFSGL 189 01 06

C&FS000107



POLICY NUMBER: GLO 101124

COMMERCIAL GENERAL LIABILITY
CG 20 10 07 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Locations |
|---|---|
| As required by written contract | As required by written contract |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 07 04 © ISO Properties, Inc., 2004 Page 1 of 1 □

C&FS000108

POLICY NUMBER: GLO 101124

COMMERCIAL GENERAL LIABILITY
CG 20 37 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED — OWNERS, LESSEES OR CONTRACTORS — COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| As required by written contract | As required by written contract |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

CG 20 37 07 04

© ISO Properties, Inc., 2004

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of such "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2003

C&FS000110

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. Exclusions

This insurance does not apply to:

a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or.

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2003

CG 00 01 12 04 □

C&FS000111

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© ISO Properties, Inc., 2003

C&FS000112

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

   (b) the operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2003

CG 00 01 12 04   □

C&FS000113

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III -- Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III -- Limits Of Insurance; and

© ISO Properties, Inc., 2003

CG 00 01 12 04

C&FS000115

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

   © ISO Properties, Inc., 2003

C&FS000116

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

© ISO Properties, Inc., 2003

CG 00 01 12 04    □

C&FS000117

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

© ISO Properties, Inc., 2003

C&FS000118

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

© ISO Properties, Inc., 2003

C&FS000119

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

     (1) How, when and where the "occurrence" or offense took place;

     (2) The names and addresses of any injured persons and witnesses; and

     (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

     (1) Immediately record the specifics of the claim or "suit" and the date received; and

     (2) Notify us as soon as practicable.

     You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

     (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

     (2) Authorize us to obtain records and other information;

     (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

     (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

© ISO Properties, Inc., 2003

C&FS 000120

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

© ISO Properties, Inc., 2003

C&FS000121

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in a. above;

(2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

If such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

C&FS000122

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

C&FS000123

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

    f. The use of another's advertising idea in your "advertisement"; or

    g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        (a) When all of the work called for in your contract has been completed.

        (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

C&FS000124

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2003

CG 00 01 12 04    □

C&FS000125

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98 Copyright, Insurance Services Office, Inc., 1998 Page 1 of 1 □

C&FS000126

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## COMPUTER RELATED AND OTHER ELECTRONIC PROBLEMS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A — Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I — Coverage B — Personal and Advertising Injury Liability:

2. Exclusions

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of:

1. any actual or alleged failure, malfunction or inadequacy of:

a. any of the following, whether belonging to any insured or to others:
    (1) Computer hardware, including microprocessors;
    (2) Computer application software;
    (3) Computer operating systems and related software;
    (4) Computer networks
    (5) Microprocessors (computer chips) not part of any computer system; or
    (6) Any other computerized or electronic equipment or components; or

b. any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph a. above due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times, including the year 2000 and beyond.

2. any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for any insured to determine, rectify or test for, any potential or actual problems described in paragraph 1.above.

Countersigned by _____
                              Authorized Representative

CFSGL 211

C&FS000127

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In consideration of the premium charged, it is hereby understood and agreed that this insurance does not apply to "bodily injury" or "property damage" which has first occurred , or alleged to have first existed, or begun to occur prior to the effective date of this policy, regardless of whether:

(1) such "bodily injury" or "property damage" continues to occur, for any reason, on or after the effective date of this policy; and/or,

(2) repeated or continued exposure to conditions, which caused such "bodily injury" or "property damage", occurs on or after the effective date of this policy, and causes additional, progressive or further "bodily injury" or "property damage".

This exclusion applies whether or not the insured's legal obligation to pay damages has been established as of the effective date of this policy.

CFSGL163 (0405)

C&FS000128

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CROSS LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A -- BODILY INJURY AND PROPERTY DAMAGE LIABILITY and COVERAGE B -- PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION 1 -- COVERAGES):

This policy does not apply to any "bodily injury", "property damage", or "personal and advertising injury" claims or "suits" brought by any Named Insured against any other Named Insured.

CFSGL 212 (0902)

C&FS000129

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DEFINITION OF GROSS SALES

1.  **Definition**
    The gross amount charged by the Named Insured, concessionaires of the Named Insured or by others trading under the Insured's named for:

    a.  All goods or products sold or distributed during the Policy Period;
    b.  Operations performed during the Policy Period; and
    c.  Rentals during the Policy Period;
    d.  Dues or fees during the Policy Period,

2.  **Inclusions**
    The following items shall not be deducted from gross sales as determined above:

    a.  Foreign exchange discounts;
    b.  Freight allowance to customers;
    c.  Total sales of consigned goods and warehouse receipts;
    d.  Trade or cash discounts;
    e.  Bad debts; and
    f.  Repossession of items sold on installments (amounts actually collected).

3.  **Exclusions**
    The following items shall be deducted from gross sales:

    a.  Sales or excise taxes which are collected and submitted to a governmental division;
    b.  Credits for repossessed merchandise and products returned.  Allowances for damaged and spoiled goods;
    c.  Finance charges for items sold on installments;
    d.  Freight charges on sales if freight is charged as a separate item on customer's invoice; and
    e.  Royalty income from patent rights or copyrights which are not product sales,

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

---

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.
Policy #_____
Effective on and after _____ 12:01 am standard time
Issued to _____

---

Countersigned by _____ Date:_____
        Authorized Representative

CFSGL 186 01 06

C&FS000130

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DESIGNATED CONSTRUCTION PROJECT(S)
## GENERAL AGGREGATE LIMIT WITH CAP

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE

SCHEDULE

Designated Construction Projects:

**All projects where required by written contract.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

  1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

     However, the most we will pay under the Designated Construction Project General Aggregate Limit for all projects combined is $5,000,000.

  2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazards", regardless of the number of:

     a. Insureds;
     b. Claims made or "suits" brought; or
     c. Persons or organizations making claims or bringing "suits".

  3. Any payments made under COVERAGE A for damages shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

CFSGL118

C&FS000131

4. The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under COVERAGE A for damages shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

D. If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

CFSGL118

C&FS000132

POLICY NUMBER: GLO 101124          CFSGL 219

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT OF 2002. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002

# NO COVERAGE

| SCHEDULE* |
|---|
| Terrorism Premium (Certified Acts) $ not applicable |
| Additional Information, if any, concerning the terrorism premium: |
| You have rejected coverage for acts of terrorism (as defined in Section 102(1) of the Terrorism Risk Insurace Act of 2002). This policy contains one or more exclusions that apply to acts of terrorism. |
| * Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act of 2002, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

© ISO Properties, Inc., 2003

Page 1 of 1   □

C&FS000133

# ENDORSEMENT

This endorsement, issued by CRUM & FORSTER SPECIALTY INSURANCE COMPANY, forms a part of the policy to which it is attached.

## EARNED PREMIUM AND COMPOSITE RATE ENDORSEMENT

In consideration of Crum & Forster's acceptance of this insurance, the Named Insured hereby agrees that the minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

1. In the event of cancellation of this policy by the Named Insured, the Minimum Premium retained by the Company for this policy is the greater of:

   - **25%** of the Advance and Deposit Premium
   - Short rate or pro-rata of the Advance and Deposit Premium
   - Audit Premium

   For the purpose of this policy, terms are defined as follows:

   Advance and Deposit Premium – that premium which is stated in the policy declarations and payable in full by the Insured at policy inception.

   Minimum Premium – the lowest premium for which this insurance will be written for the policy period.

2. Failure by the Named Insured to remit premium payments when due shall be considered a request by the Named Insured for the Company to cancel this policy. Cancellation shall be computed in accordance with paragraph 1 above.

3. In the event of cancellation of this policy by the Company for reasons other than nonpayment of premium, the earned premium for this policy shall be computed on a pro-rata basis, subject, however, to final premium adjustment in accordance with our rules, rates and the Premium Audit provisions of this policy. A twenty five percent (25%) absolute minimum earned premium shall apply.

4. The premium entered on the Declarations page of this policy as ADVANCE PREMIUM is a provisional premium only and is subject to upward adjustment only in accordance with our rules, rates and the Premium Audit provisions of this policy. Premium adjustments effected as a result of premium audits will be done after the policy is no longer in effect, but may be done by the Company while the policy is in effect.

5. The amount entered as ADVANCE PREMIUM on the Declarations page of this policy has been computed on a composite rate basis for both "bodily injury" and "property damage" as follows:

| Exposure Base | Estimated Exposure | X | Composite Rate | = | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| Gross Sales | $82,477,968 | X | $5.82 | = | $480,022. |
| Uninsured Subcontractor Cost (Per CFSGL114) | TBD | X | $66.00 | = | TBD |

If the Exposure Basis is Payroll, then the Composite Rate shall be applied per thousand dollars of Payroll. If the Exposure Basis is Gross Sales, then the Composite Rate shall be applied per thousand dollars of Gross Sales. If the exposure is Cost, then the composite rate shall be applied per thousand dollars of cost.

CFSGL 185 01 06

C&FS000134

 

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EIFS/DEFS EXCLUSION

This insurance does not apply to "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" arising directly or indirectly out of "your EIFS/DEFS product" or "your EIFS/DEFS work" as defined below.

"Your EIFS/DEFS product" means:

The following goods or products manufactured, sold, handled, distributed or disposed of by you, others trading under your name, or by any other or person or entity directly or indirectly for you or on your behalf:

1. "Exterior insulation and finish system", defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

   a. rigid or semi-rigid insulation board made of expanded polystyrene or other materials; and
   b. the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate; and
   c. a reinforced base coat, or base coat and mesh; and
   d. a finish coat, providing a surface texture, to which coat color may be added.

2. "Direct exterior finish system", defined as an exterior cladding or finish system used on any part of any structure, and consisting of:

   a. sheathing applied to a structure's framing or substrate; and
   b. a reinforced base coat; or base coat and mesh; and
   c. a finish coat providing surface texture, to which coat color may be added.

"Your EIFS/DEFS product" includes:
   I. Warranties or representations made at any time with respect to the fitness, quality, durability, performance of "your product"; and,
   II. The providing of or failure to provide warnings or instructions.

"Your EIFS/DEFS work" means:
The following work or operations performed by you or by any person or entity working directly or indirectly for you or on your behalf:

1. The design, manufacture, construction, fabrication, preparation, installation, application, maintenance, repair, including remodeling, service, correction or replacement of an "exterior insulation and finish system", or a "direct exterior finish system", or any part of either system, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulkings or sealants in connection with such a system.

Page 1 of 2

CFSGL 216

C&FS000135

2. Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" or a "direct exterior finish system" is used on any part of that structure.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| --- |
| Policy # _____ |
| Effective on and after _____ 12:01 am standard time. |
| Issued to _____ |

Countersigned by _____
                          **Authorized Representative**

FM 101.0.1948  (1001)                                              Page 2 of 2

CFSGL 216

C&FS000136

POLICY NUMBER: GLO 101124         COMMERCIAL GENERAL LIABILITY
                                               CG 04 35 02 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Deductible | | Premium |
|---|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | $1,000. | each employee | Included |
| | $1,000,000 | aggregate | $ | | |
| Retroactive Date: | 02/01/03 | | | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** The following is added to Section I – Coverages:

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in Paragraph E. (Section III – Limits Of Insurance); and

        **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

    **b.** This insurance applies to damages only if:

        **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

        **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

        **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph G. of this endorsement.

    **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

        **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

C&FS000137

(2) When we make settlement in accordance with Paragraph 1.a. above,

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. Exclusions

This insurance does not apply to:

a. Dishonest, Fraudulent, Criminal Or Malicious Act

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. Bodily Injury, Property Damage, Or Personal And Advertising Injury

"Bodily injury", "property damage" or "personal and advertising injury".

c. Failure To Perform A Contract

Damages arising out of failure of performance of contract by any insurer.

d. Insufficiency Of Funds

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. Workers' Compensation And Similar Laws

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. ERISA

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. Available Benefits

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. Taxes, Fines Or Penalties

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. Employment-Related Practices

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments – Coverages A and B are replaced by Supplementary Payments – Coverages A, B and Employee Benefits Liability.

2. Paragraphs 1.b. and 2. of the Supplementary Payments provision do not apply.

C. For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 4. of Section II – Who Is An Insured are replaced by the following:

2. Each of the following is also an insured:

a. Each of your "employees" who is or was authorized to administer your "employee benefit program".

b. Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

    © ISO Properties, Inc., 2001    CG 04 35 02 02    ☐

C&FS000138

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, Paragraph 3. of Section II – Who Is An Insured does not apply.

E. For the purposes of the coverage provided by this endorsement, Section III – Limits Of Insurance is replaced by the following:

1. **Limits Of Insurance**

   a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

     (1) Insureds;

     (2) "Claims" made or "suits" brought;

     (3) Persons or organizations making "claims" or bringing "suits";

     (4) Acts, errors or omissions; or

     (5) Benefits included in your "employee benefit program".

   b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

     (1) An act, error or omission; or

     (2) A series of related acts, errors or omissions

   negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. **Deductible**

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

     (1) Our right and duty to defend any "suits" seeking those damages; and

     (2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

   apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

C&FS000139

F. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of Section IV – Conditions are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

      (1) What the act, error or omission was and when it occurred; and

      (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

   b. **Excess Insurance**

      (1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

         (a) No Retroactive Date is shown in the Schedule of this insurance; or

         (b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

      (2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

      (3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

      (4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

© ISO Properties, Inc., 2001

CG 04 35 02 02   ▢

C&FS000140



**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph E.1.b. of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **E.1.c.**

**H.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the Definitions Section:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

C&FS000141

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

I. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the Definitions Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

            © ISO Properties, Inc., 2001            CG 04 35 02 02   □

C&FS000142

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

C&FS000143

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph 3. below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

Copyright, Insurance Services Office, Inc., 1997

C&FS000144

POLICY NUMBER: GLO 101124

COMMERCIAL GENERAL LIABILITY
CG 21 35 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Description And Location Of Premises Or Classification:

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage C – Medical Payments does not apply and none of the references to it in the Coverage Part apply; and

2. The following is added to Section I – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

CG 21 35 10 01

© ISO Properties, Inc., 2000

Page 1 of 1     □

C&FS000145

POLICY NUMBER: GLO 101124

COMMERCIAL GENERAL LIABILITY
CG 21 54 01 96

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION -- DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Description and Location of Operation(s):

  All Locations

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A -- BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I -- Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

Copyright, Insurance Services Office, Inc., 1994

C&FS000146

COMMERCIAL GENERAL LIABILITY
CG 21 73 12 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of "a certified act of terrorism".

B. The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

   a. The act resulted in aggregate losses in excess of $5 million; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

CG 21 73 12 02                    © ISO Properties, Inc., 2002                    Page 1 of 1

C&FS000147

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

© ISO Properties, Inc., 2004

C&FS000148

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of; or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the Definitions Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CG 21 67 04 02                    © ISO Properties, Inc.,  2001                    Page 1 of 1    □

C&FS000149

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.                Policy No. GLO 101124

Company: Crum & Forster Specialty                Endorsement No. 1

Producer: All Risks, Ltd.                Effective Date: 02/01/07

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | |
|---|---|
| Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| X   Other as shown below. | Forms and Endorsements shown below made part of this |
| Item (s) listed below added to schedule. Total of schedule increased by            To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by             To a total of |

For any South Carolina work, a description of "Your Work" must be submitted, reviewed, and accepted by "Us" prior to the commencement of "Your Work".

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Total Endorsement Premium to Policy Expiration | | | |
|---|---|---|---|

All other terms and conditions remain unchanged.

Authorized Representative

CFSGL 218

C&FS000150

ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## INDEPENDENT CONTRACTOR(S) INSURANCE AGREEMENT

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that the following Condition is added to SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS:

10.    a. It is agreed that any independent contractor(s) or subcontractor(s) utilized by you shall have Commercial General Liability insurance of the type described in the schedule below and with limits of insurance equal to or greater than those shown in the Schedule below.

b. It is further agreed that you will obtain a certificate of insurance from your independent contractor(s) or subcontractor(s), issued by an insurance company, or their parent company, rated in the most current annual edition of the A.M. Best Guide of not less than 'A minus' - Class Size VII, stating that you have been named as Additional Insured on the contractor(s) or subcontractor(s) insurance policy. The Additional Insured endorsement utilized must be 'ISO' form CG 2010 and CG 2037 (07/04 edition) or broader wording in your favor.

SCHEDULE

INDEPENDENT CONTRACTOR(S) OR SUBCONTRACTOR(S)
INSURANCE SCHEDULE

Coverage: Commercial General Liability — Occurrence Form
LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit: (Other than Products — Completed Operations) | $2,000,000 |
| Products — Completed Operations Aggregate Limit: | $1,000,000 |
| Personal & Advertising Injury Limit: | $1,000,000 |
| Each Occurrence Limit: | $1,000,000 |

Page 1 of 2

CFSGL114 05 05

C&FS000151

Your failure to obtain the certificate(s) of insurance as described above will not invalidate the insurance provide to you by this policy or relieve us of our obligation to you under the terms of this policy except as stated below. However, for the purposes of determining the earned premium due us at audit, we will apply the rate shown for uninsured subcontractor costs on the 'EARNED PREMIUM AND COMPOSITE RATE ENDORSEMENT' against the amount of subcontracted work for which you did not obtain a certificate of insurance.

It is further agreed that Section IV – item 4. 'Other Insurance' and Section IV – item 5. 'Premium Audit' of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended with the following additional conditions:

4. Other Insurance
   b. Excess Insurance

This insurance is excess over:

(1) Any other insurance available to you as an additional insured from any independent contractor(s) or subcontractor(s) or on any other basis, whether such insurance is primary, excess, or contingent.

The remainder of Condition '4'. remains unchanged.

5. Premium Audit

d. The Named Insured must keep copies of all certificates of insurance obtained from all independent contractor(s) or subcontractor(s) in accordance with the Independent Contractor(s) Insurance Schedule.

All other Terms and conditions of this insurance remain unchanged.

<p align="center">Page 2 of 2</p>

CFSGL114 05 05

C&FS000152

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

## LEAD EXCLUSION

This policy does not apply to:

1. "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" in any way or to any extent arising out of the actual, alleged or threatened exposure to lead or any substance containing lead.

2. "Economic Loss", "Diminution of Property",  "Abatement Costs", or any other loss, cost, or expense including "Equitable Relief", in any way or to any extent arising out of or involving lead or any substance containing lead.

3. Any fees, costs, or expenses of any nature whatsoever in the investigation or defense of any "Claim" or "Suit" arising out of or involving lead or any substance containing lead.

For the purpose of this exclusion, the following additional terms are defined:

"Abatement Costs" mean any actual or potential damages, costs, fees, or expenses, including the costs of inspection, removal, replacement, or treatment.

"Diminution of Property" means the diminishing or lessening in value of property.

"Economic Loss" means any actual or potential damages, costs, fees, expenses, or lost profits arising out of or involving the manufacture, utilization, or existence of a substance or product.

"Equitable Relief" means any remedy or relief, including restitution or injunctive relief, sought in a court with equitable powers.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

---

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.

Policy No. _____

Effective on and after _____ 12:01a.m. standard time

Issued to _____

---

Countersigned by: _____

Authorized Representative

CFSGL 223

C&FS000153



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

*Named Insured:  Altman Contractors, Inc.                    Policy No.  GLO 101124

*Company:  C&F Specialty                                     Effective Date:  02/01/07

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

---

## MULTI-MEDIA ACTIVITY EXCLUSION

In consideration of the premium charged, it is agreed that this insurance shall not apply to liability arising out of or resulting from "Multi-Media Activity".

"Multi-Media Activity" means creating, producing, distributing, exhibiting, broadcasting, advertising or publicizing "Matter".

"Matter" means printed, verbal, numerical, audio or visual expression, or any other form of expression, fixed in software or any other medium.

All other terms and conditions remain unchanged.

_____
Authorized Representative

CFSGL151


**Crum Forster**
A FAIRFAX Company

## NAMED INSURED LISTING ENDORSEMENT

This endorsement forms a part of policy No. GLO 101124

Issued by Crum & Forster Specialty Insurance Company

It is agreed that item 1 (Name of Insured) of the declarations is as follows:

Sapphire-Fort Lauderdale, LLLP
PC-Plantation, LLLP
855-Boca, LLLP
Bayport Colony Apartments, LLC
Highlands-Raleigh, LLLP
Harborage Cottages-Stuart, LLLP
Northside Marina Venture, LLC
Astor-Delray, LLLP
Symphony Towers, LLLP
Altman Development Corporation
CG Windsor Lakes, LLC & Windsor Lakes, LLC
The Preserve at Windsor Lakes, LLC
Kirkland Crossing Limited Partners, A Florida Limited Partnership
The Preserve at Kirkland Crossing, A Florida Limited Partnership
The Preserve at Tamarac, LLC
CG Tamarac LLC, Tamarac, LLC
Lexington on the Green
The Reserve at Toscana, LLC
Symphony Boat Fair, LLC
The Preserve at Melbourne, LLC
Altman Contractors, Inc.
Poinciana Place Investors, LLLP
Forest Creek-Memphis, LLLP
Altman Development Corporation of Central Florida
The Preserve at Long Leaf

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

CFSGL 225

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTVE AND HIGHWAY LIABILITY POLICY NEW YORK
DEPARTMENT OF TRANSPORTATION

**1.** The insurance does not apply:

**A .** Under any Liability Coverage, to "bodily injury" or "property damage:"

    **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability  policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    **(1)** The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

IL 00 21 04 98

Page 1 of 3

C&FS000156

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic, or explosive properties;

"Nuclear material" means "source material," "Special nuclear material," or "by-product material;"

"Source material," "special nuclear material," and "by-product material;" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing, or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

IL 00 21 04 98

C&FS000157

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

IL 00 21 04 98            I                                          Page 3 of 3

C&FS000158

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## OCCUPATIONAL DISEASE EXCLUSION

This policy does not apply to "Bodily Injury" caused by "Occupational Disease" to any employee of any "Insured" which arose out of and in the course of his employment by any "Insured" or to any obligation of any "Insured" to indemnify because of liability arising out of such occupational disease.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| |
|---|
| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
| Policy Number: _____ |
| Effective on and after _____ 12:01 am standard time. |
| Issued to _____ |

Countersigned by _____

Authorized Representative

CFSGL 226

C&FS000159

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

This policy does not apply to punitive or exemplary damages, fines or penalties.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

| Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy. |
|---|
| Policy # _____ |
| Effective on and after _____ 12:01 am standard time |
| Issued to _____ |

Countersigned by_____
Authorized Representative

CFSGL 231

C&FS000160

COMMERCIAL GENERAL LIABILITY
CG 23 01 12 04

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

© ISO Properties, Inc., 2003

C&FS000161

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

CG 22 70 11 85          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1          □

C&FS000162

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
## SELF-INSURED RETENTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is understood and agreed that such insurance as provided by this policy is modified and subject to the following provisions:

1. Our total limit of liability as stated in the policy declarations shall apply in excess of the retained limit (herein called the Self-Insured Retention) as stated in the endorsement, and the Named Insured agrees to assume this retained limit:

   Self Insured Retention (SIR):

   **Amount and Basis of SIR**              **Coverage**

   $ 10,000 _____ per claim      Bodily Injury Liability and/or Premises/Operations Property Damage Liability, Personal Injury and/or Advertising Injury Liability, and Medical Payments, Products-Completed Operations Property Damage Combined*

                            **or**

   $ N/A _____ per claim      Bodily Injury Liability, and/or Premises/Operations Property Damage Liability, Personal Injury and/or Advertising Injury Liability Combined *

   $ 50,000 _____ per claim      Products-Completed Operations Property Damage

   *This includes "personal injury" and "advertising injury" or "personal and advertising injury" depending on the coverage actually provided in the policy to which this endorsement applies.

CFSGL164a (05 05)

C&FS000163

2.   The above limits apply as follows:

**Per Occurrence Basis:** If the Self-Insured Retention limit indicated in the schedule above is on a Per Occurrence basis, the Self-Insured Retention applies as follows:

1. Under Bodily Injury and/or Property Damage Liability and Medical Payments combined, to all damages and medical expenses because of "bodily injury" and "property damage" as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence";

2. Under Personal and Advertising Injury Liability, combined, to all damages because of "Personal and Advertising Injury" combined as the result of any one offense regardless of the number of persons or organizations who sustain damages because of that offense.

**Per Claim Basis:** If the Self-Insured Retention limit indicated in the schedule is on a Per Claim basis, the Self-Insured Retention applies as follows:

1. Under Bodily Injury and/or Property Damage Liability and Medical Payments, combined, to all damages and medical expenses sustained by any one person or organization because of "bodily injury" and "property damage", combined, as the result of any one "occurrence".

2. Under Personal and Advertising Injury Liability, combined, to all damages arising out of "personal injury" and "advertising injury" sustained by any one person or organization because of any one offense.

3. If damages are claimed for care, loss of services or death resulting at ay time from "bodily injury", a separate Self-Insured Retention will be applied.

3.   Our obligation to pay damages and defend claims or "suits" under this policy applies only when the amount of the Self-Insured Retention has been exhausted by the Insured's payment of damages and or "Claims Expense" that would be covered by this policy but for the application of the Self-Insured Retention.

The Insured shall have the obligation to provide, at his own expense, proper defense and investigation of any claim or "suit" and to accept any reasonable offer of settlement within the Self-Insured Retention. The Insured's obligation to provide for his own defense is terminated upon the exhaustion of the Self-Insured Retention referenced above. **Compliance with this clause is a condition precedent for coverage under this policy. In the event of the failure of the Insured to comply with this clause, no loss, cost or expense shall be payable by the Company.**

CFSGL164a (0505)

C&FS000164

4.   For the purposes of this endorsement, the term "Claims Expense" will include all fees, costs, charges and expenses generated by attorneys designated to represent the Insured, and all other costs, charges and expenses incurred in the investigation, adjustment, settlement, arbitration, defense or appeal of any claim to which this insurance otherwise applies. "Claims Expense" will not include the cost of investigating or adjusting a claim by salaried employees of the Insured, the Insured's third party administrator (hereafter called TPA), wages or salaries of any employees of any Insured and/or operating expense of any Insured.

5.   In the event of a claim or claims arising which appear likely to exceed the Self-Insured Retention, no costs, other than adjusting expenses, shall be incurred by the Insured without the written consent of the Company. Furthermore, no Insureds will, except at their own cost, make a payment, assume any obligation, or incur any expense, other than that for first aid, in excess of the "Self Insured Retention" limit without our consent.

6.   We shall have the right in all cases, but not the obligation, to assume control of the investigation, defense and/or settlement of any claim or "suit" and upon written request from us the Insured shall pay directly any expense or loss incurred by us in the investigation, defense, settlement and/or satisfaction of judgment of any claim or "suit" within the Self-Insured Retention.

7.   Amended Section IV - Commercial General Liability Conditions 2 - "Insured's Duties in the Event of Occurrence, Claim or Suit" is eliminated from the Policy in its entirety and the following wording substituted therefore:

   a)   The Insured or his TPA shall provide us with loss runs on a quarterly basis of all claims which may affect this policy.  Such reports shall include the name of the claimant, date of loss, description of loss, type of Injury, the amount of paid loss and expense and the estimated future amount of loss and expense. Each report is to be submitted with twenty (20) days following the end of each quarterly period and they will apply in addition to the items listed in Paragraph 5(c) below.

   b)   The Insured or the TPA shall report promptly to us each claim or loss for which the estimated amount of net loss is 50% or more of the Self-Insured Retention listed above.

   c)   The Insured or the TPA shall report all cases of serious injury which, notwithstanding consideration of liability or coverage might involve this insurance but not limited to the following:

**Page 3 of 5**

CFSGL164a (0505)

C&FS000165

1) Cord injury - paraplegia, quadriplegia;
2) Amputations - requiring a prosthesis;
3) Brain damage affecting mentality or central nervous system such as permanent disorientation, behavior disorder, personality change, seizures, motor deficit, inability to speak (aphasia), hemiplegia or unconsciousness (comatose);
4) Blindness;
5) Burns - involving over 10% of body with third degree, or 30% of body with second degree;
6) Multiple fractures - involving more than one member or non-union;
7) Fracture of both heel bones (fractured bilateral or calcis);
8) Nerve Damage causing paralysis and loss of sensation in arm and hand (brachial plexus nerve damage);
9) Massive internal injuries affecting body organs;
10) Injury to nerves at base of spinal canal (Cauda Equina) or any other back injury resulting from incontinence of bowel and/or bladder;
11) Fatalities;
12) Any other serious injury, which, in the judgment of the insured, might involve the Company;
13) Rape.
14) All construction defect claims.

d) The insured shall also notify us of:

(1) A potential or actual error or omission in the handling of a claim by the insured or its claim service administrator.

(2) A potential or actual conflict of interest between any insured, its claim service administrator or us.

**It is agreed that the above reporting requirements shall be a condition precedent to coverage. Notwithstanding the above provisions the responsibility to guarantee proper reporting remains that of the insured. The failure of the insured to comply with the reporting requirements may result in a denial of coverage under the policy.**

e) The insured must cooperate with us and, upon our request, assist in the investigation, settlement or defense of the claim or "suit". Assist us, upon request, in the enforcement any right of contribution or indemnity against any person or organization who may be liable to the insured because of liability with respect to which insurance is afforded under the policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining witnesses.

Page 4 of 5
CFSGL164a (0505)

C&FS000166

8.   The Insured shall at all times:

    a)   Give to us, or our duly appointed representatives, such information, assistance, and signed statements as we may require, and

    b)   Assist in the defense of any claim without charge to us.

9.   The Insured shall Indemnify and hold us harmless from and against any and all damages, costs and expenses, including but not limited to adjusting expenses and attorneys' fees incurred by us in the investigation, defense, settlement and/or satisfaction of judgment of any claim or "suit" within the Self-Insured Retention.

The Insured shall further indemnify and hold us harmless from and against any and all costs incurred by us, including but not limited to the reasonable value of our employee services and attorneys' fees incurred in the enforcement of this agreement.

**The following SECTION IV Conditions are replaced as indicated:**

## 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Commercial General Liability Coverage Part, however, coverage will apply only to covered liability in excess of the Self Insured Retention. In the event the insured is unable to pay the Self-Insured Retention for any reason including bankruptcy, insolvency or any other financial impairment, this policy will apply as though the Self-Insured Retention were available and collectible.

## 4. Other Insurance

This insurance is excess of all other insurance, except insurance specifically purchased to apply in excess of this insurance, and shall not contribute with any other insurance. This insurance is excess of the Self Insured Retention in all circumstances. The Self Insured Retention can only be reduced or exhausted by your payment of settlements or judgments for damages which would otherwise be covered under the terms of this insurance. It cannot be reduced or exhausted by other insurance that may be available to you unless the other insurance was purchased by you for the specific purpose of reducing or replacing the Self Insured Retention.

## 8. Transfer Of Rights Of Recovery Against Others To Us.

If the insured has rights to recover all or part of any payment we have made under the Commercial General Liability Coverage Part, including payments made under this endorsement, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**Page 5 of 5 CFSGL164a (05 05)**

C&FS000167

## SURPLUS LINES FILING AND POLICY ISSUANCE CRITERIA

### SERVICE OF PROCESS CLAUSE

The Commissioner, Director, or Superintendent of Insurance of the State (or other office specified for the following purpose) in the State of Florida hereby designated as the true and lawful attorney of the Company upon whom may be served all lawful process in any action, suit, or proceeding arising out of this policy.  The Company further designates:

Name:                                  Mary Jane Robertson

Name of Company or Firm:               Crum & Forster Specialty Insurance Co.

Mailing Address:                       305 Madison Avenue
                                       Morristown, NJ 07962

As its agent in New Jersey to whom such process shall be forwarded by the Commissioner, Director, or Superintendent of Insurance.

ALL STAMPS PLACED ON POLIY OR OTHER DOCUMENTS MUST BE IN RED INK

CFSGL254

C&FS000168

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## STATE OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is hereby understood and agreed that this policy does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of "your work" or out of any insured's work, operations or contractual obligations in the following states:

Alaska
Arizona
California
Colorado
Hawaii
Nevada
New York
Oregon
Washington

This exclusion applies regardless of whether such work or operations are conducted by the insured or on behalf of the insured or whether the operations are conducted for the insured or for others. This exclusion applies to all work and operations whether completed or in progress.

All other terms and conditions of this policy remain unchanged.

CFSGL158 (1204)

C&FS000169

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUBSIDENCE AND EARTH MOVEMENT AND EARTH PRESSURE EXCLUSION

This insurance does not apply to any liability for "Bodily Injury", "Personal and Advertising Injury" or "Property Damage" directly or indirectly arising out of, caused by, resulting from, contributed to or aggravated by "Subsidence and Earth Movement" or "Earth Pressure". Such loss or damage is excluded regardless of any other cause or event, including any product, work or operation provided or performed by or on behalf of any "Insured", that contributes concurrently or in any sequence to the loss or damage.

It is further agreed that Insuring Agreement II, Defense Settlement does not apply to any "Claim" or "Suit" seeking damages excluded by this endorsement.

"Subsidence and Earth Movement" means:  any movement of land, including but not limited to, subsidence, settling, sinking, slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting, bulging, cracking, shrinking or expansion of foundations, walls, roofs, floors, or ceilings, or any other movements of land or earth.

"Earth Pressure" means: pressure exerted by land or earth, whether or not combined with water.

This endorsement is a part of your policy and takes effect on the effective date of your policy, unless another effective date is shown below.

---

Complete only when this endorsement is not prepared with the policy or is not to be effective with the policy.
Policy # _____

Effective on and after _____ 12:01 am standard time

Issued to _____

---

Countersigned by _____
Authorized Representative

CFSGL 235

C&FS000170

COMMERCIAL GENERAL LIABILITY
CG 21 55 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

This insurance does not apply to:

f.  Pollution

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(a) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(b) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Copyright, Insurance Services Office, Inc., 1998

C&FS000171



POLICY NUMBER:  GLO 101124

COMMERCIAL GENERAL LIABILITY
CG 24 04 10 93

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

 As required by written contract.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

CG 24 04 10 93           Copyright, Insurance Services Office, Inc., 1992           Page 1 of 1   □

C&FS000172

Crum & Forster
Specialty Insurance Co.
CLAIM REPORTING

DEAR POLICYHOLDER:

Please Report claims to:

International Risk Resources, Ltd. (IRRL)
115 Perimeter Center Place
Suite 311 NE
Atlanta, Georgia 30346

Phone: 678-736-2317
Emergency 24-Hour Toll Free Phone: 800-496-6317
Fax: 678-736-2321
Email: claims@irresources.com

Thank You.

305 Madison Avenue PO Box 1973 Morristown New Jersey 07962-1973 TEL (973)490-6600

C&FS000173



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Company:  Crum & Forster Specialty

Producer: All Risk, Ltd.

Policy No. GLO 101124

Endorsement No. 6

Effective Date: 09/25/07

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A   [ X ]

| | |
|---|---|
| X Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| Other as shown below. | Forms and Endorsements shown below made part of this |
| Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| Total of schedule increased by | Total of schedule reduced by |
| To a total of | To a total of |

The following is added to the Named Insured Listing CFSGL 225:

Lakeside-Windermere, LLLP A Florida Limited Liability Partnership

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

Authorized Representative

NP9125/07

CFSGL 218

C&FS000174

 

**Crum&Forster**
A **FAIRFAX** Company

*Crum & Forster Specialty*

305 Madison Avenue
Morristown, NJ 07962

September 25, 2007

Jody Vancleve
All Risks, Ltd.
640 Brooker Creek Blvd., Ste. 405
Oldsmar, FL 34677

Dear Jody,

Enclosed please find the requested endorsement # 6 for Policy No. GLO 101124,
Altman Contractors, Inc.

Please keep a copy for your records and forward the endorsement onto the insured.
If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Cheryl A. Caiazzo
Underwriting Assistant

Enc.

C&FS000175

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Company: Crum & Forster Specialty

Producer: All Risks LTD

Policy No. GLO 101124

Endorsement No. 005

Effective Date: 05/18/07

\*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. Total of schedule increased by To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by To a total of |

- The following has been deleted from the Named Insured Schedule: ACI of Central Florida
- The following Named Insured has been amended to read as follows:
  ADC of Central Florida, LLC. in lieu of ADS of Central Florida, LLC.

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

Authorized Representative

NP S/22/07

CFSGL 218

C&FS000176



Crum & Forster Specialty

305 Madison Avenue
Morristown, NJ 07962

May 21, 2007

Ms. Mary Lynn Arbour
All Risks, Ltd.
640 Brooker Creek Blvd., Ste. 405
Oldsmar, FL 34677

Dear Mary Lynn:

    Per your request of 05/18/07, please find the enclosed endorsement for Policy No. GLO 101124, Altman Contractors, Inc.

    Please keep a copy for your records and forward the endorsement onto the insured.  If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Kristine Bohan
Underwriting Assistant

Enc.

C&FS000177

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Company: Crum & Forster Specialty

Producer: All Risks LTD

Policy No. GLO 101124

Endorsement No. 004

Effective Date: 02/01/07

\*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A [ X ]

| | | |
|---|---|---|
| | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| X | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. Total of schedule increased by     To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by     To a total of |

The Self Insured Retention Endorsement has been amended. (see attached)

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Total Endorsement Premium to Policy Expiration | | | |
|---|---|---|---|
| | | | |

All other terms and conditions remain unchanged.

Authorized Representative

NP. 5/9/07

CFSGL 218

C&FS000178

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SELF-INSURED RETENTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is understood and agreed that such insurance as provided by this policy is modified and subject to the following provisions:

1.  Our total limit of liability as stated in the policy declarations shall apply in excess of the retained limit (herein called the Self-Insured Retention) as stated in the endorsement, and the Named Insured agrees to assume this retained limit:

    Self Insured Retention (SIR):

    **Amount and Basis of SIR**                      **Coverage**

    $ N/A _____   per occurrence      Bodily Injury Liability
                                            and/or Premises/Operations
                                            Property Damage Liability,
                                            Personal Injury and/or
                                            Advertising Injury Liability,
                                            and Medical Payments,
                                            Products-Completed
                                            Operations Property Damage
                                            Combined*

                                or

    $ 10,000 _____   per claim         Bodily Injury Liability, and/or
                                            Premises/Operations Property
                                            Damage Liability, Personal
                                            Injury and/or Advertising
                                            Injury Liability Combined *

    $ 50,000 _____   per claim         Products-Completed
                                            Operations Property Damage

    *This includes "personal injury" and "advertising injury" or "personal and advertising injury" depending on the coverage actually provided in the policy to which this endorsement applies.

CFSGL164a (0505)

C&FS000179

2.   The above limits apply as follows:

**Per Occurrence Basis:** If the Self-Insured Retention limit indicated in the schedule above is on a Per Occurrence basis, the Self-Insured Retention applies as follows:

1.   Under Bodily Injury and/or Property Damage Liability and Medical Payments combined, to all damages and medical expenses because of "bodily injury" and "property damage" as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence";

2.   Under Personal and Advertising Injury Liability, combined, to all damages because of "Personal and Advertising Injury" combined as the result of any one offense regardless of the number of persons or organizations who sustain damages because of that offense.

**Per Claim Basis:** If the Self-Insured Retention limit indicated in the schedule is on a Per Claim basis, the Self-Insured Retention applies as follows:

1.   Under Bodily Injury and/or Property Damage Liability and Medical Payments, combined, to all damages and medical expenses sustained by any one person or organization because of "bodily injury" and "property damage", combined, as the result of any one "occurrence".

2.   Under Personal and Advertising Injury Liability, combined, to all damages arising out of "personal injury" and "advertising injury" sustained by any one person or organization because of any one offense.

3.   If damages are claimed for care, loss of services or death resulting at ay time from "bodily injury", a separate Self-Insured Retention will be applied.

3.   Our obligation to pay damages and defend claims or "suits" under this policy applies only when the amount of the Self-Insured Retention has been exhausted by the Insured's payment of damages and or "Claims Expense" that would be covered by this policy but for the application of the Self-Insured Retention.

The Insured shall have the obligation to provide, at his own expense, proper defense and investigation of any claim or "suit" and to accept any reasonable offer of settlement within the Self-Insured Retention. The Insured's obligation to provide for his own defense is terminated upon the exhaustion of the Self-Insured Retention referenced above. Compliance with this clause is a condition precedent for coverage under this policy. In the event of the failure of the Insured to comply with this clause, no loss, cost or expense shall be payable by the Company.

CFSGL164a (0505)

C&FS000180

4. For the purposes of this endorsement, the term "Claims Expense" will include all fees, costs, charges and expenses generated by attorneys designated to represent the insured, and all other costs, charges and expenses incurred in the investigation, adjustment, settlement, arbitration, defense or appeal of any claim to which this insurance otherwise applies. "Claims Expense" will not include the cost of investigating or adjusting a claim by salaried employees of the insured, the insured's third party administrator (hereafter called TPA), wages or salaries of any employees of any insured and/or operating expense of any insured.

5. In the event of a claim or claims arising which appear likely to exceed the Self-Insured Retention, no costs, other than adjusting expenses, shall be incurred by the insured without the written consent of the Company. Furthermore, no insureds will, except at their own cost, make a payment, assume any obligation, or incur any expense, other than that for first aid, in excess of the "Self Insured Retention" limit without our consent.

6. We shall have the right in all cases, but not the obligation, to assume control of the investigation, defense and/or settlement of any claim or "suit" and upon written request from us the insured shall pay directly any expense or loss incurred by us in the investigation, defense, settlement and/or satisfaction of judgment of any claim or "suit" within the Self-Insured Retention.

7. Amended Section IV - Commercial General Liability Conditions 2 - "Insured's Duties in the Event of Occurrence, Claim or Suit" is eliminated from the Policy in its entirety and the following wording substituted therefore:

    a) The insured or his TPA shall provide us with loss runs on a quarterly basis of all claims which may affect this policy. Such reports shall include the name of the claimant, date of loss, description of loss, type of injury, the amount of paid loss and expense and the estimated future amount of loss and expense. Each report is to be submitted with twenty (20) days following the end of each quarterly period and they will apply in addition to the items listed in Paragraph 5(c) below.

    b) The insured or the TPA shall report promptly to us each claim or loss for which the estimated amount of net loss is 50% or more of the Self-Insured Retention listed above.

    c) The insured or the TPA shall report all cases of serious injury which, notwithstanding consideration of liability or coverage might involve this insurance but not limited to the following:

**Page 3 of 5**

CFSGL164a (0505)

C&FS000181

1) Cord injury - paraplegia, quadriplegia;
2) Amputations - requiring a prosthesis;
3) Brain damage affecting mentality or central nervous system such as permanent disorientation, behavior disorder, personality change, seizures, motor deficit, inability to speak (aphasia), hemiplegia or unconsciousness (comatose);
4) Blindness;
5) Burns - involving over 10% of body with third degree, or 30% of body with second degree;
6) Multiple fractures - involving more than one member or non-union;
7) Fracture of both heel bones (fractured bilateral or calcis);
8) Nerve Damage causing paralysis and loss of sensation in arm and hand (brachial plexus nerve damage);
9) Massive internal injuries affecting body organs;
10) Injury to nerves at base of spinal canal (Cauda Equina) or any other back injury resulting from incontinence of bowel and/or bladder;
11) Fatalities;
12) Any other serious injury, which, in the judgment of the insured, might involve the Company;
13) Rape.
14) All construction defect claims.

d) The insured shall also notify us of:
(1) A potential or actual error or omission in the handling of a claim by the insured or its claim service administrator.
(2) A potential or actual conflict of interest between any insured, its claim service administrator or us.

It is agreed that the above reporting requirements shall be a condition precedent to coverage. Notwithstanding the above provisions the responsibility to guarantee proper reporting remains that of the insured. The failure of the insured to comply with the reporting requirements may result in a denial of coverage under the policy.

e) The insured must cooperate with us and, upon our request, assist in the investigation, settlement or defense of the claim or "suit". Assist us, upon request, in the enforcement any right of contribution or indemnity against any person or organization who may be liable to the insured because of liability with respect to which insurance is afforded under the policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining witnesses.

Page 4 of 6
CFSGL164a (0505)

C&FS000182

8.  The insured shall at all times:

    a)    Give to us, or our duly appointed representatives, such information, assistance, and signed statements as we may require, and

    b)    Assist in the defense of any claim without charge to us.

9.  The insured shall indemnify and hold us harmless from and against any and all damages, costs and expenses, including but not limited to adjusting expenses and attorneys' fees incurred by us in the investigation, defense, settlement and/or satisfaction of judgment of any claim or "suit" within the Self-Insured Retention.

The insured shall further indemnify and hold us harmless from and against any and all costs incurred by us, including but not limited to the reasonable value of our employee services and attorneys' fees incurred in the enforcement of this agreement.

**The following SECTION IV Conditions are replaced as indicated:**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Commercial General Liability Coverage Part, however, coverage will apply only to covered liability in excess of the Self Insured Retention. In the event the insured is unable to pay the Self-Insured Retention for any reason including bankruptcy, insolvency or any other financial impairment, this policy will apply as though the Self-Insured Retention were available and collectible.

**4. Other Insurance**

This insurance is excess of all other insurance, except insurance specifically purchased to apply in excess of this insurance, and shall not contribute with any other insurance. This insurance is excess of the Self Insured Retention in all circumstances. The Self Insured Retention can only be reduced or exhausted by your payment of settlements or judgments for damages which would otherwise be covered under the terms of this insurance. It cannot be reduced or exhausted by other insurance that may be available to you unless the other insurance was purchased by you for the specific purpose of reducing or replacing the Self Insured Retention.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under the Commercial General Liability Coverage Part, including payments made under this endorsement, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**Page 5 of 5 CFSGL164a (05 05)**

C&FS000183

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.

Company: Crum & Forster Specialty

Producer: All Risks LTD

Policy No. GLO 101124

Endorsement No. 003

Effective Date: 02/01/07

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A [ X ]

| | |
|---|---|
| Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| X Other as shown below. | Forms and Endorsements shown below made part of this |
| Item (s) listed below added to schedule. Total of schedule increased by To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by To a total of |

The following form numbers have been amended on the Master Forms Page:
State Operations Exclusion – CFSGL 158
Occupational Disease Exclusion – CFSGL 226

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

Authorized Representative

NP 8/9/07

CFSGL 218

C&FS000184

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.                Policy No. GLO 101124

Company: Crum & Forster Specialty                       Endorsement No. 002

Producer: All Risks LTD                                        Effective Date: 03/28/07

\*This information is completed only when this endorsement is issued subsequent to preparation of policy.

| POLICY CHANGES ARE INDICATED BY A | X |
|---|---|

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. | Item (s) listed below deleted from schedule. |
| | Total of schedule increased by | Total of schedule reduced by |
| | To a total of | To a total of |

The following have been added to the Named Insured Listing CFSGL 225:  ADS of Central Florida, LLC,
ACI of Central Florida

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

CFSGL 218

C&FS000185

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL PURPOSE ENDORSEMENT

Named Insured: Altman Contractors, Inc.             Policy No. GLO 101124

Company: Crum & Forster Specialty             Endorsement No. 001

Producer: All Risks LTD             Effective Date: 04/04/07

*This information is completed only when this endorsement is issued subsequent to preparation of policy.

POLICY CHANGES ARE INDICATED BY A [ X ]

| | | |
|---|---|---|
| X | Named Insured amended to read as shown below. | Address of Named Insured amended to read as shown |
| | Premium or rates amended as shown below. | Policy Period amended to read as shown below. |
| | Premium Basis is amended to read as shown below. | Limit (s) of Insurance is amended to read as shown below. |
| | Total Advance Premium amended to read as shown | Policy conditions amended as shown below. |
| | Business Description of Insured is amended to read as shown below. | Description or location of property amended to read as shown below. |
| | Location (s) shown below added to policy. | Location (s) shown below deleted from policy. |
| | Other as shown below. | Forms and Endorsements shown below made part of this |
| | Item (s) listed below added to schedule. Total of schedule increased by / To a total of | Item (s) listed below deleted from schedule. Total of schedule reduced by / To a total of |

The following is added to the Named Insured Listing CFSGL 225:

Sunrise Investors, LLLP

| | Additional Premium | Return Premium | |
|---|---|---|---|
| Premium Payable at Endorsement Effective Date | | | |

Premium Adjustment to Payment Schedule

| Dates Due | Previous Installment | Increase | Decrease | Revised Installment |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Endorsement Premium to Policy Expiration | | | |

All other terms and conditions remain unchanged.

_____
Authorized Representative

NP 5|9|07

CFSGL 218

**H&M | HYMAN & MARS, LLP**

MICHAEL L. HYMAN
GARY M. MARS

ELIZABETH A. BOWEN
ANTHONY R. GARRETT
JEFFREY S. RESPLER^*^#
SHARI WALD GARRETT
MARC A. SMILEY*
AWILDA ESTERAS
EVONNE ANDRIS
EDUARDO J. VALDES

* Also a member of the New York Bar
^ Also a member of the New Jersey Bar
# Also a member of the Pennsylvania Bar

LAW OFFICES
MUSEUM TOWER, 27TH FLOOR
150 W. FLAGLER STREET
MIAMI, FLORIDA 33130
E-mail: reception@hymanmarslaw.com
Website: www.hymanmarslaw.com

Dade: 305.371.4244
Broward: 954.763.8908
Toll Free: 800.443.1335
Fax: 305.371.5930
Real Estate Fax: 305.371.4105

Writer's e-mail:
jeffrey@hymanmarslaw.com

November 15, 2012

<u>VIA CERTIFIED MAIL AND U.S. MAIL</u>
Sapphire-Fort Lauderdale, LLLP
Altman Contractors, Inc.
The Altman Companies, Inc.
c/o Adam Handfinger, Esq.
Peckar & Abramson, P.C.
One Southeast Third Avenue, Suite 3100
Miami, Florida 33131

Re: Sapphire Fort Lauderdale Condominium Association Inc.

NOTICE OF CLAIM

Dear Mr. Handfinger:

As you know, the undersigned law firm represents the interests of Sapphire Fort Lauderdale Condominium Association, Inc. (hereinafter referred to as "the Association") and its constituent members. The purpose of this letter is to provide you with written notice of construction and/or design defects which have been discovered at the Association's property ("the property") and to make demand pursuant to Florida Statutes and Florida common law for cure of these defects. This letter also constitutes notice pursuant to Section 558.001 et seq., Florida Statutes.

The Association has hired the professional engineering firm of Kimley-Horn and Associates, Inc. ("Kimley-Horn") to advise it with regard to said construction and/or design defects, and Kimley-Horn has performed a detailed survey of the property with respect to same. The defects are listed in the enclosed Property Condition Assessment and Engineering Report, generated

C&FS000187