# H&M | HYMAN & MARS, LLP

MICHAEL L. HYMAN
GARY M. MARS

ELIZABETH A. BOWEN
ANTHONY R. GARRETT
MARNIE DALE RAGAN
JEFFREY S. RESPLER*^#
SHARI WALD GARRETT
DARRIN B. GURSKY
MARC A. SMILEY*
AVI S. TRYSON
AWILDA ESTERAS
MICHAEL A. VERA

\* Also a member of the New York Bar
^ Also a member of the New Jersey Bar
\# Also a member of the Pennsylvania Bar

LAW OFFICES
MUSEUM TOWER, 27TH FLOOR
150 WEST FLAGLER STREET
MIAMI, FLORIDA 33130
E-mail: reception@hymanmarslaw.com
Website: www.hymanmarslaw.com

Dade: 305.371.4244
Broward: 954.763.8908
Toll Free: 800.443.1335
Fax: 305.371.5930
Real Estate Fax: 305.371.4105

Writer's e-mail:
gary@hymanmarslaw.com

April 10, 2012

**VIA CERTIFIED MAIL**
Sapphire-Fort Lauderdale, LLLP.
1515 S. Federal Highway
Suite 300
Boca Raton, Florida 33432

**VIA CERTIFIED MAIL**
Altman Companies
1515 S. Federal Highway
Suite 300
Boca Raton, Florida 33432

**VIA CERTIFIED MAIL**
Johnson, Avedano, Lopez, Rodriguez &
Walewski Engineering Group, Inc.
2510 NW 97th Avenue
Suite 220
Doral, Florida 33172

RE: **SAPPHIRE FORT LAUDERDALE CONDOMINIUM ASSOCIATION, INC. – PRELIMINARY ENGINEERING REPORT**

To Whom It May Concern:

The undersigned law firm represents the interests of Sapphire Fort Lauderdale Condominium Association, Inc. and its constituent members. Pursuant to Florida Statute § 558, *et seq.*, and by way of this letter, the Association is hereby providing written notice of claim. The instant notice of claim pertains to certain construction defects existing within the Condominium. Enclosed is a copy of a preliminary engineering report prepared by Kimley-Horn and Associates, Inc. identifying construction defects which require the immediate attention of the named parties pertaining to the packaged rooftop air conditioning units (RTU). In addition to the attached report, the Association is in the process of evaluating all other conditions present at the Condominium which should be provided shortly to the parties in the form of a comprehensive engineering report. Based on the nature of the conditions identified in the attached report and the impact said conditions are having on the Condominium and its residents, the Association has been required to issue this preliminary engineering report for the parties expedited review and response.


EXHIBIT B

The Report is limited in scope, but may require modifications in the event new information becomes available. As mentioned above, the intention of providing the subject report is to share the findings of the Association's engineer, providing notification as to the construction defects realized by the Association, which Developer and other named parties shall be expected to properly address. In accordance with Florida Statute § 558.004, we expect the Developer and other named parties to contact the undersigned to schedule a mutually convenient time for inspections, inspections to occur within fifty (50) days after service of this notice of claim. Additionally, we expect the Developer, within thirty (30) days after service of this notice of claim, to forward a copy of this notice of claim to each contractor, subcontractor, supplier, or design professional whom the Developer reasonably believes is responsible for each defect specified in the enclosed engineering report and exhibit, noting the specific defect for which the Developer believes the particular contractor, subcontractor, supplier, or design professional is responsible. Further, we expect the Developer, within seventy-five (75) days after receiving the notice of claim, to serve a written response to the undersigned, providing:

    a.    A written offer to remedy the alleged construction defect at no cost to the claimant, a detailed description of the repairs necessary to remedy the defect, and a timetable for the completion of such repairs;

    b.    A written offer to compromise and settle the claim by monetary payment, that will not obligate the person's insurer, and a timetable for making payment;

    c.    A written offer to compromise and settle the claim by a combination of repairs and monetary payment, that will not obligate the person's insurer, that includes a detailed description of the proposed repairs and a timetable for the completion of such repairs and making payment;

    d.    A written statement that the person disputes the claim and will not remedy the defect or compromise and settle the claim; or

    e.    A written statement that a monetary payment, including insurance proceeds, if any, will be determined by the person's insurer within 30 days after notification to the insurer by means of forwarding the claim, which notification shall occur at the same time the claimant is notified of this settlement option, which the claimant can accept or reject. A written statement under this paragraph may also include an offer under paragraph (c), but such offer shall be contingent upon the claimant also accepting the determination of the insurer whether to make any monetary payment in addition thereto. If the insurer for the person receiving the claim makes no response within the 30 days following notification, then the claimant shall be deemed to have met all conditions precedent to commencing an action.

Please accept this letter also as the Association's communication of the requirements and restrictions set forth in the Uniform Fraudulent Transfer Act (Florida Statute 726.01, *et seq.*), and other related acts which restrict you the Developer and other named parties, any related or

apparent companies, any subsidiaries, partnerships, partners, associates, etc. from rendering any such entity and/or the Developer itself and other named parties without sufficient funds to satisfy the debt which may be owed to the Association as a "present and future creditor" under the Statute, or otherwise. These restrictions include, but are not limited to, the transference, liquidation, sale, acquisition, merger or any other means of asset depletion or secreting which serves to leave any such entity or person without sufficient funds to satisfy the debt which will be owed to the Association. Note, that under these circumstances, the statute entirely restricts any attempt to liquidate a Florida corporation in order to transfer any balance to a foreign or domestic corporation or other person or entity. In accordance with the statute, demand is hereby made upon you to insure that sufficient funds exist and remain to satisfy the debt which may be owed to the Association as a "present and future creditor" under the statute, or otherwise.

In the event you have any questions or comments, please contact the undersigned at your earliest opportunity. The Association does intend to supplement the enclosed engineering and exhibits and the requests contained by this letter.

Very truly yours,

HYMAN & MARS, L.L.P.

GARY M. MARS
For the Firm

cc:   Sapphire Fort Lauderdale Condominium Association, Inc.

 Kimley-Horn and Associates, Inc.

1920 Wekiva Way,
Suite 200
West Palm Beach,
Florida
33411

April 6, 2012

Mr. José Zelaya
Property Manager
The Sapphire Fort Lauderdale Condominium Association, Inc.
2821 North Ocean Blvd.
Fort Lauderdale, Florida 33308

Re:   Subject: Sapphire Condominium – RTU Evaluation
      KHA No.:**144571000**

Dear Mr. Zelaya:

In accordance with our agreement, Kimley-Horn and Associates, Inc. ("KHA") has conducted an investigation of the packaged rooftop air conditioning units (RTU) at the above referenced address. The specific purpose of this investigation was to evaluate the condition of the units with respect to industry standards. As a part of this investigation, Mr. Robert Ketchum, PE, made a site visit on March 28, 2012. As discovery is on-going, conclusions and opinions expressed in this report may be amended or supplemented.

### Background

The air conditioning units in question consists of large packaged rooftop equipment that are designed to provide 100% pre-conditioned outside air to satisfy the building code ventilation requirements. The facilities were designed with one 40 ton RTU unit located on the roof of both the North and South Towers. The current RTUs were installed during the original construction completed in 2009. It is reported that these units have experienced a number of service calls involving continuous shut downs due to high head pressure alarms beginning as early as August, 2009 following the units' initial start-up. In December of 2011 a service call resulted in the diagnosis that a compressor in the North Tower unit had developed a refrigerant leak requiring the replacement of the compressor(s). The service provider, Hill York Service Corporation, and subsequently The Sapphire Condominium Association has been informed by the manufacturer (Addison) that the subject compressor is not covered under warranty due the location of the property being considered a harsh environment.

TEL  561 845 0665
FAX  561 863 8175

 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 2

***Observations***

On March 28, 2012, Mr. Robert Ketchum, PE visited the site of the Sapphire Condominiums and inspected the roof top air conditioning units of the North and South Towers. During our site visit we noted the following:

- The North RTU was manufactured by Addison, Model Number TRSA 420CC3A (Photograph 1).
- The North RTU displayed an apparent field modification to a side wall panel located at the condensate drain pipe connection. Significant corrosion was observed extending from beneath the panel and base rail. The drain piping is adjacent to a second trap configuration that is apparently connected to a vent stack. This is a possible code violation (Photograph 2).
- The North RTU Condenser Coils did not appear to be coated or treated with anti-corrosion coatings. The aluminum fins appeared in unremarkable condition (Photograph 3).
- The North RTU's compressors assemblies displayed varying levels of corrosions along the base mounting brackets, and on welds/seams of the outer shell (Photograph 4).
- The North RTU's refrigerant pipe insulation was separating at the seams (Photograph 5).
- The North RTU included a blanked off opening for a return duct inlet within the filter compartment. The sheet metals panels within the filter compartment were corroded (Photograph 6).
- The South RTU was manufactured by Addison, Model Number TRSA 420CC3A (Photograph 7).
- The South RTU's drain piping was adjacent to an apparent vent pipe that penetrated the roof curb. This is a construction deficiency and possible code violation (Photograph 8).
- The South RTU's compressors were displaying signs of developing corrosion on the base mounts (Photograph 9).
- The North RTU included a blanked off opening for a return duct inlet within the filter compartment. The sheet metal panels within the filter compartment were corroded (Photograph 10).
- The South RTU outside air intake louver was corroding (Photograph 11).
- The South RTU was out of level and pitched away from the condensate drain connection (Photograph 12 and 13).
- The manufacturer's equipment labels indicate the RTUs are to installed level or slightly pitched towards the drain connection (Photograph 14).



Kimley-Horn
and Associates, Inc.

Sapphire, April 6, 2012, Page 3

### Review of Construction Documents

A review of the construction plans prepared by JALRW engineers, dated March 1, 2007 indicated the following:

- The contractual construction specifications (and building codes) required the contractors to install the equipment in accordance to the manufacturer's installation instructions (Drawing M0.01, Note E, 4.)
- The contractual construction specifications required the contractor to provide to extended warranty all manufacturers' warranties to the owner including five (5) years on compressors (Drawing M0.01, Note G, 2.)
- The RTUs for the North and South Towers were based on equipment manufactured by Aaon, Model RN-040-8 (Drawing M0.02).
- The contractual construction documents required that the RTUs cabinets to have coated finishes with a 2,500 hour minimum salt spray rating (Drawing M0.02, Schedule note 9).
- The contractual construction documents required the RTU condensing coils to be factory dipped and baked with a Phenolic coating for corrosion protection (Drawing M0.02, Schedule note 10).
- The contractual construction documents require that all condensing units be provided with Seacoast protection coating for casings and coils (Drawing M0.02, Split Systems Schedule note 5).

### Analysis

The observations indicate that the installed packaged rooftop units (RTU) located on both the North and South Towers of the Sapphire Condominiums were not installed in accordance to the contractual construction documents, the manufacturer's installation requirements, or in compliance with the building code. The construction documents prepared by the mechanical engineer indicate the RTUs were selected based on performance and specifications of the Aaon Model RN-040-8. These units are each capable of producing 485 mbh (40 tons) of cooling refrigeration. The Addison units appear to have a nominally reduced capacity of approximately 420 mbh (35 tons). The construction documents specified that the units were to be prepared by the manufacturer with finished coatings rated for salt spray environments. In addition, the construction documents required the project to include an extended manufacturer's warranty including five (5) years for the compressors. The RTUs installed on the North and South Towers are not considered equivalent substitutes for the equipment required by the construction documents.

 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 4

The RTU manufacturer requires that the units be installed level or slightly pitched towards the condensate drain connection. We found the South Tower's RTU to be pitched in a direction away (negative) from the drain. This causes the condensate system to drain less effectively and allows greater potential for sediment to accumulate in the pans. Building code requires that equipment installations comply with these manufacturer's installation requirements (Florida Mechanical Code 304.1). Additionally, we are concerned that the second (or neighboring) plumbing trap located adjacent to the condensate drain connection (North RTU) is a trap that has been added to a vent stack that was offset from under the roof curb. Similarly on the South Tower an apparent vent stack has been offset from under the roof curb and routed through a penetration on the side of the curb. These pipe installations are considered construction deficiencies and possible code violations.

### *Conclusions*

1. Based on observation of the current conditions, and review of the documents provided, it is our professional opinion that packaged roof top air conditioning units (RTU) located on the North and South Towers of the Sapphire Condominiums were not installed in compliance with the contractual construction documents.
2. The RTUs are considered an un-equivalent substitute to the equipment specified by the construction documents.
3. The construction documents required the RTU to be manufactured with corrosion protection methods that exceed the current installation.
4. The construction documents required that the owner receive an extended warranty of the equipment including specifically five (5) years on the compressors of the air conditioning equipment.
5. It is recommended the RTUs be replaced with equipment in compliance with the construction documents and current codes.
6. The construction deficiencies and code violations identified in this report should be corrected by qualified licensed professionals.

### *Closure*

The opinions and conclusions expressed in this report are based on a review of the noted references. These opinions and conclusions are based on the information currently available and may be amended or supplemented should new information become available.

This report has been prepared in accordance with the applicable professional standard of care. No other warranties or guarantees, expressed or implied, are made or intended. This report has been prepared solely for Sapphire Condominium Association for the purposes stated herein and should not be relied upon by any other party or for any

 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 5

other purpose. Specifically, this report may not be used in connection with actual renovation or construction of any kind. Any reliance on this report by any other party shall be without liability to Kimley-Horn and Associates, Inc. or its employees.

Please call me at (407)898-1511 if you have any questions.

Very Truly Yours,

KIMLEY-HORN AND ASSOCIATES, INC.
CA 00000696

Mr. Robert E. Ketchum, P.E.
Florida License #48086

 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 6

*References*
1. Photographs and Field Measurements by Robert E. Ketchum, taken March 28, 2012.
2. Mechanical Construction Drawings for the Sapphire dated March 1, 2007.
3. Plumbing Construction Drawings for the Sapphire dated March 1, 2007.
4. Equipment data provided by Addison, Orlando, Florida.
5. Equipment data provided by Aaon, Tulsa, Oklahoma.,
6. Florida Mechanical Building Code, 2004.
7. Service order documents from Hill York.

 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 7

**Photograph 1:** View of North RTU.



**Photograph 2:** View of North RTU side panel modification.



 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 8

**Photograph 3:** View of North RTU condenser coil.



**Photograph 4:** View of North RTU compressors.



Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 9

**Photograph 5:** View of North RTU insulation,



**Photograph 6:** View of North RTU Intake louver and return shield.



 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 10

**Photograph 7:** View of South RTU.



**Photograph 8:** View of the South RTU drain pipe.





Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 11

**Photograph 9:** View of South RTU compressors.



**Photograph 10:** View of the South RTU return shield.



 Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 12

**Photograph 11:** View of South RTU OA Intake.



**Photograph 12:** View of South RTU profile.





Kimley-Horn and Associates, Inc.

Sapphire, April 6, 2012, Page 13

**Photograph 13:** View of level on South RTU.



**Photograph 14:** View of instruction label to level or pitch unit toward the drain.

